UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MASSEY | : | NO.: 3:03CV55 (PCD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WINDSOR AND | : | |
| KATHLEEN QUIN IN HER | : | |
| INDIVIDUAL CAPACITY | : | DECEMBER 1, 2003 |

## DEFENDANTS' STATUS REPORT

Pursuant to the court's ruling on the Motion to Stay, the defendants, Town of Windsor and Kathleen Quin, hereby submit the following status report.

The undersigned represents that the Connecticut Insurance Guaranty Association ("CIGA") considers this case as a covered claim under Connecticut General Statutes §38a-838. CIGA has indicated to the undersigned that it will not seek an extension of the stay beyond December 1, 2003, as entered by this court.

The parties submitted a Report on Parties' Planning Meeting on September 10, 2003, setting forth discovery deadlines. The court approved and adopted the report in part on September 25, 2003. The court ordered completion of discovery by January 26, 2004, and dispositive motions filed on or before February 26, 2004. Due to rehabilitation and liquidation of the defendants' insurer, Legion Insurance Company, as well as the stay, the parties have been unable to engage in discovery on this matter. Therefore, the defendants request the following modification to the scheduling order:

1.    Discovery, including depositions of expert witnesses pursuant to Fed.R.Civ.P. 26(b)(4) will be commenced immediately and completed by May 31, 2004.

2.    Depositions will be completed by May 31, 2004.

3.    Plaintiff will designate all trial experts and provide opposing counsel with reports from such experts pursuant to Fed.R.Civ.P. 26(a)(2) by February 1, 2004.  Depositions of any such expert will be completed by March 15, 2004.

4.    Defendants will designate all trial experts by April 15, 2004, and provide opposing counsel with reports from such experts pursuant to Fed.R.Civ.P. 26(a)(2) by April 15, 1, 2004.  Depositions of such experts will be completed by May 31, 2004.

5.    Damages analysis will be provided by any party who has a claim or counterclaim for damages by February 1, 2004.

6.    Dispositive motions to be filed on or before July 15, 2004.

The undersigned counsel has spoken with Cynthia Jennings, counsel for the plaintiff.  The plaintiff has no objection to the modification of the scheduling order.

DEFENDANTS,
TOWN OF WINDSOR AND
KATHLEEN QUIN IN HER
INDIVIDUAL CAPACITY


By_____
   David S. Monastersky
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   ct13319


## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail, to the following counsel of record this 1st day of December, 2003.

Cynthia R. Jennings, Esquire
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604


_____
David S. Monastersky