UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PATRICIA ANN MASSEY

   -vs-                       Civil No. 3:03 cv 55 (PCD)

TOWN OF WINDSOR, ET ALS

AMENDED ORDER ON MOTION FOR EXTENSION OF TIME

The defendants' motion for extension of time (Document #23) is hereby GRANTED as follows:

Discovery, including depositions of expert witnesses will be commenced and completed by 4/16/04. All other depositions will be completed by 4/16/04; Plaintiff will designate all trial experts and provide opposing counsel with reports from such experts by 2/1/04. Depositions of any such expert will be completed by 3/15/04;

Defendants will designate all trial experts by 4/2/04, and provide opposing counsel with reports from such experts by 4/2/04. Depositions of such experts will be completed by 4/30/04;

Damage analysis will be provided by any party who has a claim or counterclaim for damages by 2/1/04; and

Dispositive motions shall be filed compliant with the Court's Supplemental Order on or before 5/28/04.

SO ORDERED.

Dated at New Haven, Connecticut, January 30, 2004.

                         /s/ _____
                                          Peter C. Dorsey, Senior
                                          United States District Judge