UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MASSEY | : | NO.: 3:03CV55 (PCD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WINDSOR AND | : | |
| KATHLEEN QUIN IN HER | : | |
| INDIVIDUAL CAPACITY | : | JUNE 30, 2004 |

## APPEARANCE

Please enter the appearance of Alexandria L. Voccio, as attorney for the defendants, **TOWN OF WINDSOR and KATHLEEN QUIN IN HER INDIVIDUAL CAPACITY**, in addition to the appearances already on file by this firm.

>    DEFENDANTS,
>    TOWN OF WINDSOR AND
>    KATHLEEN QUIN IN HER
>    INDIVIDUAL CAPACITY
>
>
>    By/s/Alexandria L. Voccio
>       Alexandria L. Voccio, ct21792
>       Howd & Ludorf
>       65 Wethersfield Avenue
>       Hartford, CT  06114-1190
>       Phone:  (860) 249-1361
>       Fax: (860) 249-7665
>       E-mail:  avoccio@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 30th day of June, 2004.

Cynthia R. Jennings, Esquire
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604

            /s/Alexandria L. Voccio
            Alexandria L. Voccio