UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MASSEY | : | NO.: 3:03CV55 (PCD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WINDSOR AND | : | |
| KATHLEEN QUIN IN HER | : | |
| INDIVIDUAL CAPACITY | : | JULY 1, 2004 |

## CERTIFICATION OF FILING

Pursuant to Judge Dorsey's Supplement Order, the undersigned certifies that the defendants, Town of Windsor and Kathleen Quin, are hereby serving on all counsel of record their Motion for Summary Judgment, Local Rule 56(a)(1) Statement, and Memorandum of Law in Support of Motion for Summary Judgment. Absent agreement, the defendants will file their original motion and supporting papers with any opposing memoranda and supporting papers in accordance with the Supplemental Order.

According to the scheduling order entered in this case, dispositive motions are to be filed by July 1, 2004.

DEFENDANTS,
TOWN OF WINDSOR AND
KATHLEEN QUIN

By /s/Alexandria L. Voccio
   Alexandria L. Voccio, ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   Phone:  (860) 249-1361
   Fax: (860) 249-7665
   E-mail: avoccio@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 1st day of July, 2004.

Cynthia R. Jennings, Esquire
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604

/s/Alexandria L. Voccio
Alexandria L. Voccio