# United States District Court
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PATRICIA A. MASSEY<br>*Plaintiff*<br><br>vs.<br><br>TOWN OF WINDSOR, ET AL<br>*Defendant* | ) CIVIL ACTION NO.<br>) 303CV55 (PCD)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) July 6, 2004 |

## MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended thirty days from the due date of July 24, 2004, to August 24, 2004. This extension of time is necessitated by: (1) the press of legal business with the Appellate Court and, (2) writing several Summary Judgment briefs within the same time frame.

This is Plaintiff's first request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted counsel for Defendants' who had no objections to this request.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynjennings@aol.com
Federal Bar No. CT21797

PLAINTIFF

BY: *Cynthia R Jennings*
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this 6th day of July 2004.

David Monastersky, Esq.,
Alexandria Voccio
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114

*Cynthia R. Jennings*
Cynthia R. Jennings, Esq.,

United States District Court
Church Street
New Haven
Connectcicut