# United States District Court
### DISTRICT OF CONNECTICUT

FILED
Aug 18  1 43 PM '04

| | | |
|---|---|---|
| PATRICIA A. MASSEY<br>*Plaintiff* | ) ) ) | CIVIL ACTION NO.<br>303CV55(PCD) |
| vs. | ) ) ) ) | |
| TOWN OF WINDSOR, ET AL<br>*Defendant* | ) ) ) ) | August 16, 2004 |

## SECOND MOTION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure, Plaintiff hereby request that the deadline for Plaintiff's response to Defendant's Motion for Summary Judgment be extended for an additional thirty (30) days from August 24, 2004 to September 24, 2004. This extension of time is necessitated by: (1) the press of Appellate Court business and the need to respond to the contents of two additional Summary Judgment Motions, one of which is extremely voluminous as a result of Defendant's being granted leave to exceed the page limit.

This is Plaintiff's second request for an extension of time to complete Plaintiff's response to Defendant's Motion for Summary Judgment. Plaintiff's counsel contacted Defendant's counsel regarding this additional extension request. He had no objection.

**ORAL ARGUMENT NOT REQUIRED**

**TESTIMONY NOT REQUIRED**

Cynthia R. Jennings, Esq.,
**THE BARRISTER LAW GROUP, LLC.,**
211 State Street, 2nd Floor ~ Bridgeport ~ CT 06604
Tel: 203-334-4800 ~ Fax: 203-368-6985 ~ Email: cynthia.jennings@sbcglobal.net
Federal Bar No. CT21797

PLAINTIFF
PATRICIA MASSEY

BY: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via U.S. Mail, to the following counsel of record on this 16th day of August, 2004.

David Monastersky, Esq.,
Alexandria Voccio
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114

_____
Cynthia R. Jennings, Esq.,