# United States District Court
## DISTRICT OF CONNECTICUT

FILED '04
U.S. DISTRICT COURT
NEW HAVEN CONN

| | |
|---|---|
| PATRICIA A. MASSEY<br>*Plaintiff* | ) CIVIL ACTION NO.<br>) 303CV55 (PCD)<br>)<br>vs. )<br>)<br>)<br>TOWN OF WINDSOR, ET AL )<br>*Defendant* ) September 24, 2004 |

## CERTIFICATION OF FILING

Pursuant to Judge Dorsey's Supplemental Order, the undersigned certifies that a copy of Plaintiff's Memorandum of Law in support of her Opposition to Defendant, Town of Windsor, et. al's Summary Judgment Motion and Local Rule 56(b) Statement was hand delivered on September 27, 2004, to all Counsel of Record as shown below:

PLAINTIFF
PATRICIA A. MASSEY

BY: _____
CYNTHIA R. JENNINGS, ESQ.,
THE BARRISTER LAW GROUP, LLC.,
211 STATE STREET, BRIDGEPORT
CONNECTICUT 06604
TEL: 203-334-4800
FAX: 203-368-6985
Email: Cynthia.Jennings@sbcglobal.net
Federal Bar No. CT21797