UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PATRICIA ANN MASSEY | : | NO.: 3:03CV55 (PCD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF WINDSOR AND | : | |
| KATHLEEN QUIN IN HER | : | |
| INDIVIDUAL CAPACITY | : | SEPTEMBER 29, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b), the defendants, Town of Windsor and Kathleen Quin, hereby move the Court for an enlargement of time of fifteen (15) days, up to and including October 22, 2004, in which to file a reply to plaintiff's opposition to defendants' motion for summary judgment.

Additional time is necessary due to the fact that the undersigned counsel is in the process of drafting two other motions for summary judgment that are due within the next week, and is scheduled for trial on October 6, 2004.

The undersigned counsel has contacted counsel for the plaintiff, Attorney Cynthia R. Jennings, and Attorney Jennings has no objection to the granting of this motion.

This is the first request for an enlargement of time made by this defendant relative to this pleading.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the undersigned defendants, Town of Windsor and Kathleen Quin, hereby requests that their Motion for Enlargement of Time, up to and including October 12, 2004, be granted.

DEFENDANTS,
TOWN OF WINDSOR AND
KATHLEEN QUIN IN HER
INDIVIDUAL CAPACITY

By/s/Alexandria L. Voccio
   Alexandria L. Voccio
   ct21792
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114-1190
   (860) 249-1361
   (860) 249-7665
   E-mail:  avoccio@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail to the following counsel of record this 29th day of September, 2004.

Cynthia R. Jennings, Esquire
The Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604

                    /s/Alexandria L. Voccio
                    Alexandria L. Voccio