Administrative, Clerical, & Fiscal Group
July 1, 1985

TOWN OF WINDSOR:

CLASS TITLE:    DEPUTY TOWN CLERK

CHARACTERISTICS OF THE CLASS:

Under general supervision, performs supervisory and administrative work of considerable difficulty for the purpose of managing the recordkeeping function for the Town and administering the Town's licensing, land records, vital statistics, and election records.

EXAMPLES OF DUTIES:

Administers and performs all functions of the Town Clerk's Office, including licensing, land transactions, vital statistics, and elections records. Acts as Town Clerk in the absence of the Town Clerk. Serves as Deputy Registrar of Vital Statistics. Supervises the work of the Assistant Town Clerks and/or the clerical staff in the Town Clerk's Office. Plans, develops, and administers records management policies designed to facilitate effective handling of Town records. Develops and implements records management policies intended to standardize filing, protecting and retrieving records, reports, and other information contained on paper, microfilm, computer programs, or other media. Coordinates and directs activities of departments involved with records management analysis, reports analysis, and supporting clerical and technical services. Confers with other Town administrators to assure compliance with policies, procedures, and practices of records management program. Performs related duties as required.

TRAINING AND EXPERIENCE:

Graduation from an accredited college or university with a masters degree in library science, plus one (1) year of experience in records management, preferably at the municipal level, or, any combination of training and experience which provides a demonstrated potential to perform the duties of the class. Must be, or be able to become, a Notary Public in the State of Connecticut.

KNOWLEDGE, SKILLS AND ABILITIES:

Thorough knowledge of records management and office procedures and practices. Considerable knowledge of standard and specialized office equipment including a microfilmer and CRT unit. Considerable ability in oral and written communications. Thorough ability to understand and follow complex written and oral instructions. Considerable records management ability. Good ability to supervise the work of others. Considerable ability to pay attention to detail. Considerable ability to establish and maintain effective working relationships with superiors, associates, subordinates, and the general public.

*The job description was in place when I was hired.*

-2

## DESIRED MINIMUM QUALIFICATIONS

*Education and Experience*
- Master's degree in public administration, business, library science or a related field, with one year of records management experience; or
- Any equivalent combination of training and experience.

*Necessary Knowledge, Skills and Abilities*
- Thorough knowledge of records management techniques, including legal requirements for recording, retention and disclosure; good knowledge of office procedures and practices.
- Skill in operating listed tools and equipment; skill in typing at 40 words per minute. w/ 98% accuracy
- Thorough ability to understand and follow complex written and oral instructions; considerable ability to learn related laws, regulations and procedures; considerable records management ability; considerable ability to pay attention to detail; considerable ability to establish and maintain effective working relationships with fellow employees, customers and the general public; considerable ability in oral and written communications.

*Special Requirements*
- Certified Notary Public and Municipal Clerk, or ability to become certified.
- Ability to become certified as Deputy Registrar of Vital Statistics.

## TOOLS AND EQUIPMENT USED

Personal computer, including word-processing and data base software; phone switchboard [delete?]; microfilmer; copy machine; postage machine; fax machine; cash register.
microfilm reader, map maker

## PHYSICAL DEMANDS AND WORK ENVIRONMENT

*The physical demands and work environment characteristics described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.*

- While performing the duties of this job, the employee is frequently required to sit and/or stand for prolonged periods of time, talk and hear. The employee is occasionally required to walk; use hands to finger, handle, or operate objects, tools or controls; and reach with hands and arms.
- The employee must occasionally lift and/or move up to 25 pounds. Specific vision abilities required by this job include close vision and the ability to adjust focus.
- The work environment is moderately noisy and occasionally demanding due to continuous interruptions, background noises and deadlines.

*The above description is illustrative of tasks and responsibilities. It is not meant to be all-inclusive of every task or responsibility. The description does not constitute an employment agreement between the Town of Windsor and the employee and is subject to change by the Town as the needs of the Town and requirements of the job change.*

3