**TOWN OF WINDSOR**
First in Connecticut. First for its citizens.

# Evaluation of Probationary Employees

Name: Pat Massey

Classification: Deputy Town Clerk

This evaluation is for: ☐ 2 mo.  ☐ 4 mo.  ☒ 6 mo.  ☐ Completion of Probationary Period

Date Employed: September 6, 1998

This evaluation form is used to assess the employee's performance during the probationary period. Using the rating scale, please rate the employee on each of the following factors:

**OUTSTANDING:** Consistently performs high quality of work and far exceeds established standard.
**EXCEEDS STANDARDS:** Performance is consistently up to standards and sometimes exceeds standards.
**SATISFACTORY:** Adequately performs job requirements.
**MARGINAL:** Performance sometimes meets standards, but often falls below it.
**UNACCEPTABLE:** Performance is totally unsatisfactory; requires immediate attention.
**N.A.:** Not Applicable.

| | Outstanding | Exceeds Standards | Satisfactory | Marginal | Unacceptable | N.A. |
|---|---|---|---|---|---|---|
| 1. Quality of work: thoroughness and accuracy of work | | | | X | | |
| 2. Quantity of work: actual work output; meets project deadlines. | | | | X | | |
| 3. Accepts direction and responsibility: accountability, direction, willingness to receive instruction and constructive criticism. | | | | X | | |
| 4. Employee's work relationships: develops and maintains effective working relationships with fellow workers. | | | X | | | |
| 5. Public contact: ability to deal with the public in a considerate, responsive manner. | | | X | | | |
| 6. Attendance: adheres to appropriate breaks during working hours, does not abuse sick leave or other types of leave, arrives and leaves on time. | | | | X | | |
| 7. Overall Performance Rating | | | | X | | |

8. Comments (include plan of action to help employee improve performance, if necessary)

1. not consistently accurate and thorough.
2. generally gets things done, but daily land deadline is a problem & accuracy of work.
3. is very willing to receive instruction & constructive criticism but does not follow through.
4. very friendly with fellow employees, however, accuracy and acceptable impact the T.C. office.

(over)

Service Unit: Information Services

Signature: Kathy Quinn

Date: March 15, 1-5

5. [illegible] work [illegible] to take time to make sure information given is accurate.

6. Personnel director has reviewed the employee leave for doctor/dentist appointments — this still seems to be an issue.

Pat is always early and ready to start the day!

-6