**TOWN OF WINDSOR**
First in Connecticut. First for its citizens.

## Evaluation of Probationary Employees

DEFENDANT'S EXHIBIT NO. 7 FOR IDENTIFICATION

Name: **Pat Massey**

Date Employed: **9.14.99**

Classification: **Deputy Town Clerk**

This evaluation is for:
☐ 2 mo.  ☐ 4 mo.  ☐ 6 mo.  ☑ Completion of Probationary Period

This evaluation form is used to assess the employee's performance during the probationary period. Using the rating scale, please rate the employee on each of the following factors:

**OUTSTANDING:** Consistently performs high quality of work and far exceeds established standard.
**EXCEEDS STANDARDS:** Performance is consistently up to standards and sometimes exceeds standards.
**SATISFACTORY:** Adequately performs job requirements.
**MARGINAL:** Performance sometimes meets standards, but often falls below it.
**UNACCEPTABLE:** Performance is totally unsatisfactory; requires immediate attention.
**N.A.:** Not Applicable.

| | OUTSTANDING | EXCEEDS STANDARDS | SATISFACTORY | MARGINAL | UNACCEPTABLE | N.A. |
|---|---|---|---|---|---|---|
| 1. Quality of work: thoroughness and accuracy of work | | | X | | | |
| 2. Quantity of work: actual work output; meets project deadlines. | | | X | | | |
| 3. Accepts direction and responsibility: accountability, direction, willingness to receive instruction and constructive criticism. | | X | | | | |
| 4. Employee's work relationships: develops and maintains effective working relationships with fellow workers. | | X | | | | |
| 5. Public contact: ability to deal with the public in a considerate, responsive manner. | X | | | | | |
| 6. Attendance: adheres to appropriate breaks during working hours, does not abuse sick leave or other types of leave, arrives and leaves on time. | X | | | | | |
| 7. Overall Performance Rating: | | X | | | | |

8. Comments (include plan of action to help employee improve performance, if necessary)

*I would like this letter of recommendation to the Town Manager included with this evaluation.*

Service Unit: **Information Services**

Signature: **Kathleen K. Quinn**

Date: **Sept 21, 1999**



**Town of WINDSOR**
First in Connecticut. First for its citizens.

Date:      September 21, 1999

To:        R. Leon Churchill, Town Manager

From:      Kathleen Quin, Town Clerk

Subject:   Deputy Town Clerk

I recommend that Patricia A. Massey be taken off probation and that she accept responsibilities as Windsor's Deputy Town Clerk.

Pat is considerate and responsive to the public and this past six months she has made a particular effort to ensure that the information she gives the Public has been accurate. Whenever possible Pat helps them get answers to their questions without passing them off to another department. Pat is also helpful and friendly toward fellow employees. Because Pat is so gracious with both the public and staff, she refrains from concluding long-winded conversations and this can have an adverse impact on Pat's day. However, Pat assumes the responsibility for making sure that all land recordings are entered by the end of the day and voluntarily stays after 5 PM to finish this data entry.

Pat has made an effort to gain knowledge of entering maps, updating Notary registrations, and preparing hunting and fishing licenses for Kmart. When I am not here, Pat balances the cash register from the previous day and deposits the money with Finance.

It is obvious to me that Pat realizes how important accuracy is on vital records and she now does marriage licenses accurately and with confidence. I believe Pat is aware that it is important to strive for zero errors in vitals, land recording, licensing and most importantly elections. Pat worked with me on all aspects of the Democratic Primary on September 14. There is a need to be extra attentive when issuing absentee ballots and when preparing the materials for poll workers.

Pat's people skills and her ability to handle the equipment in our office seem to me to be above average. We all have something we need to work on and I would like to recommend that Pat work at organizing her work and being extra attentive when entering data. One suggestion would be that Pat might do a printout of her work and check it before passing it on.

An example of organizing for issuing absentee ballots might include:
1. preparing more than enough ballot sets prior to data entry
2. clipping the ballot set to the application
3. writing the ballot number on to the application
4. highlighting the "mail to" address on the application
5. verifying all the information on each application before entering the data
6. entering the data
7. printing out all labels and affixing them one application at a time to the ballot
8. printing out the entries and comparing them to the ballot and application prior to mailing

Our motto is "We can fix anything" - but we have to catch it before it's too late!

By taking Pat off probation and giving her full authority as Windsor's Deputy Town Clerk, Pat is accepting the responsibility to act as the Town Clerk in my absence.

-8