## Opening Procedures for Town Clerk's Office

Turn on the lights

Turn on the two copy machines

Turn on and log into the dog computer – turn on the printer to this computer

Turn on the computer hooked to the Epson printer (back desk).

Unlock the vault

Turn on the vault computers – see instructions under computers and/or on the cart.

On the cart you will find the red bag containing opening cash – the red bag marked "Copier money," the cash and checks from the previous day cash-out, and the conveyance file.
- ✓ Put $80 from the red bag into the cash register – turn register on – make sure the key is turned to "Reg"
- ✓ Bring the cart containing vitals, keys, etc. from the vault
- ✓ Open the drawers of all files – put the baskets containing stamps and the dog licenses on the counter
- ✓ Count and copier money from previous day and fill out a slip – "fees collected by the Town Clerk" and mark the slip 03.330 PM - then
- ✓ The previous days checks and cash – put Book money and Xerox money on one slip marked Xerox 03.330 and the balance on a second slip marked Register. Take all the money to Peg in Finance – if she is not there be sure to hand it to someone, don't leave it on a desk unattended.
- ✓ Put the conveyance tax file in the Land drawer under the register
- ✓ Leave the "Opening keys" on the counter – this basket also contains a master key for service people who need to get into mechanics room, etc and the key to our P.O. Box

DEFENDANT'S EXHIBIT NO. 57 FOR IDENTIFICATION DATE: 4-2-04 RPTR: FT



DEFENDANT'S EXHIBIT NO. 57-A FOR IDENTIFICATION DATE: 4-15-04 RPTR: FT

## Closing Procedures for Town Clerk's Office

Cash drawer – ring out following procedures under "Register"

Balance register – total checks on adding machine with tape – add to this the amount of cash – confirm that the total matches the Net Sales amount on the cash register tape

Place $80 in the red bag for the next mornings "opening cash"

Open the safe in the vault and put the following in the safe
- ✓ the red bag containing opening cash
- ✓ the red bag marked "Copier money"
- ✓ the cash and checks from the days cash-out and in the envelope with the days receipts put the adding machine tape and both tapes off the cash register
- ✓ the conveyance tax file
- ✓ all land records received after 4:30 PM

Proceed to
- ✓ lock the drawers of all files
- ✓ return the cart containing vitals, keys, etc. to the vault

– put both red cash bags in the safe, put the conveyance tax file in the safe, put any land records received after 4:30 PM in the safe, and put the days receipts in the safe. Spin the dial to lock the safe.

Run a billing printout – follow procedures under "Land"

Check the total on the register tape for "Land" and "Conveyance" – confirm that it matches the billing print out

Turn off both copiers – log out of all computers – turn off the dog license printer and the Epson printer – check to be sure that the "Reader/Printer" and the Map printer have been turned off.

Log out on all sessions on the computers in the vault.  See procedures under computers
Unplug the computers in the vault.

Put all seals, dog licenses and stamps into the proper file cabinets

Lock all file cabinets and return the keys to the cart

Put the cart in the vault – turn the handle and spin the dial to lock the vault

Turn out the lights


DEFENDANT'S
EXHIBIT NO. 51 B
FOR IDENTIFICATION
DATE: 4-15-04   RPTR: FT

AT THE END OF THE YEAR RUN A REP INSTRUMENT REPORT FOR THE YEAR AND CROSS CHECK TO BE SURE INDEX AND DOCUMENTS ARE ALL ACCOUNTED FOR. INSERT AN ALPHABETICAL INDEX IN THE FRONT OF EVERY BIRTH, DEATH AND MARRIAGE BOOK ON SPECIAL VITAL PAPER. APPARENTLY THIS IS PRINTED OUT AND THEN COPIED ONTO GOOD PAPER

DEATH CERTIFICATE SIGN, DATE AND SEAL WITH VITALS SEAL. CERTIFIED COPIES ARE $5 AND SEALED WITH VITALS SEAL.

BURIAL PERMITS ARE $3 - ~~I NEED MORE INFO~~ *fill out using sample in drawer - sign & put on the certified seal*

LICENSES: PRICE ON DRAWER TABS AND PLU KEY

FILL OUT LICENSE AND SIGN
KEY IN THE LICENSE NUMBER AND HIT THE NUMBER KEY (#)
KEY IN THE THE PLU CODE AND HIT PLU KEY
HIT AMOUNT DUE KEY
KEY IN AMOUNT OF MONEY GIEN TO YOU AND HIT AMOUNT TENDED KEY

TO CORRECT HIT VOID ALL AND ITE CORRECT (BE SURE THE KEY IS ON MGR!!

FOR HUNTING LICENSE THEY MUST SHOW PROOF OF A LICENSE WITHIN FIVE YEARS, IF THEY PURCHASED THEIR LICENSE IN WINDSOR IT WILL BE IN DBASE - OR THEY UST SHOW YOU PROOF OF CERTIFICATION.

DOG LICENSES ARE ON COMPUTER - UPDATE INFORMATION AND PRINT AND SIGN A NEW LICENSE. DURING JUNE AND JULY VERIFY ACCURACY AT LEAST ONCE A WEEK SO THAT SEPTEMBER REPORT REGARDING UNLICENSED DOGS IS CORRECT.

$6 SPAYED OR NEUTERED - $16 IF NOT - - ADD $1 PER MONTH AS LATE FEE AFTER JULY 1. CHECK RABIES DATE - SAVE PF13, TAB-TAB C TO PRINT

THE TOWN CODE IS "28" WHEN REPORTING TO DEP - YEARLY REPORT IS FILED WITH THE DEP ALL LICENSES MUST BE ACCOUNTED FOR AND UNSOLD ONES MUST BE RETURNED TO THE STATE DURING THE FIRST FEW WEEKS OF JANUARY.

PHEASANT STAMPS $10

1. HAVE CUSTOMER FILL OUT AND SIGN THE PINK CARD - WEE KEEP IT
2. STAFF WRITES THE NUMBER OFF THE STICKER AND DATE ON PINK CARD
3. COST FOR STICKERS IS $10
4. PUT STICKER ON THE BACK OF THE LICENSE AND HAVE HIM SIGN IT
5. STAFF PUTS DATE AND INITIALS ON STICKER
6. RING UP ON 26 PLU KEY

DUCK STAMPS $5
RECORD THE NUMBER OF THE STAMP ON THE INSIDE COVER OF THE BOOK
RING UP ON 18 PLU KEY - THEY SIGN THE STAMP BUT NOT IN FRONT OF STAFF.

NEW LICENSES GO ON SALE IN DECEMBER - DO A PRESS RELEASE FOR CHRISTMAS GIFTS

LIQUOR PERMITS $2
RING ON MISC KEY
STAMP BOTH COPIES WITH: DUPLICATE RECEIVED AND FILED IN


DEFENDANT'S EXHIBIT NO. 5X FOR IDENTIFICATION DATE: 4-15-04 RPTR: Fr

# VITALS

Incoming checks from other towns on vitals – Charges apply only if 26 or more certificates were copied to us or us to them.

Key in amount due - KEY 11

MARRIAGE LICENSE                $30.00
A report is done for the State every three months – See "marriage file" in top Vitals drawer.

Have the couple fill out the application and if they are going to pick up the license at a later date they both must sign the wedding license and swear to the facts stated.

Make sure the blood test is within 35 days - it doesn't matter if it is the 35th day. they have 65 days from the date of issue of the wedding licese to get married. (total 100 days) if they do not use it within that time, they must do their blood test again.

the blood test must be on a Connecticut certificate – this can be obtained from the Secretary of the State's website – this is especially helpful for people who are out-of-state. www.state.ct.us/dph/laboratory/certificate.pdf – this takes them directly to the form.

File application in the monthly folder – when the certificate comes back, sign on "received" line and file in the marriage application folder – vitals drawer. This will alert us if a marriage license has not been returned.

Because of the problems we have had with the Islamic mosque we will not seal the marriage certificate with the certified seal until it is returned.

GIVE THEM AN ENVELOPE AND INFORMATION - THE JP RETURNS THE LICENSE IN THE ENVELOPE.

COST OF A CERTIFIED COPY IS $5

RING ON MARRRIAGE KEY

WHEN RETURNED MAKE COPIES FOR OTHER TOWN/STATE AND ENTER IN COMPUTER

DURING THE FIRST WEEK OF JANUARY (OR AS SOON AS THE LAST MARRIAGE LICENSE ISSUED FOR DECEMBER IS RETURNED) EVERY TOWN THAT RECEIVED A RESIDENT COPY OF EITHER A MARRIAGE OR DEATH ERTIFICATE MUST BE BILLED $2 - CODE SHOULD BE IN COMPUTER - RUN A REPORT - PRINT OUT BILLS FOR EACH TOWN
VERIFY BILL BY GOING THROUGH MARRIAGES AND DEATHS AND MAKE SURE CORRECT BILLING TOWN WAS INDEXED.

BILL EACH TOWN AND KEEP A COPY TO MARK PAID WHEN CHECK IS RECEIVED

WHEN BILLS FROM OTHER TOWNS ARE RECEIVED BE SURE TO CHECK AGAINST THE BOOK TO BE SURE WE RECEIVED ALL THE COPIES. THESE ARE PAID FROM ACCOUNT 231.318.700

NUMBER CERTIFICATES AS THE YEAR PROGRESSES AND ENTER INFORMATION INTO THE COMPUTER.



DEFENDANT'S EXHIBIT NO. 57-D FOR IDENTIFICATION DATE: 4-15-04 RPTR:

## REPORTING THE COPIES

On the same form, enter in the copy quantities in the appropriate columns for each copier, the Konica and Xerox. Note that account 100 on the Xerox account is the administrator number. The actual 100 – Town Council account is reported as "102".

## PRINTING THE FORM

**1** copy to be filed with monthly folder.

**1** for Finance with only the account information, the Postage .224 column and the Copy .319 column. All other columns should be squeezed down so the width is at 0.

---

## SUPPLIES

From Start Menu select Programs/Town Application/Supplies.

Enter the "from" and "to" dates of the time period the supplied had been ordered in.

Each entry on the computer form can only contain 1 supply, but all information must be filled out so you can generate an accurate report.

Example of Supply Form Entry Sheet:

```
Supplies Ordered
Add                Date          7/30/99
Supplies           Account            1
Used               Item          PAPER WHITE-8.5 X 11
Here               Unit              56    ream
                   Item Cost      $2.50
                   Total Cost   $140.00
```

As you enter each field, hit return and proceed to fill all of the information in. You will notice that the **PROGRAM** and **ITEM** fields have arrows at the end of their fields. This indicates that there is a drop down list from which you may choose a selection. Also note that the **PRICE** and **TOTAL** fields are automatically show when you enter the **ITEM** and **QUANTITY**.

DEFENDANT'S EXHIBIT NO. 57E FOR IDENTIFICATION DATE: 4/5-04

6. When you have written down all the accounts and the number of copies they used, press the **Interrupt** button once. This will bring you back to the Select Function prompt.
7. Key in **95** (to reset copy quantities)
8. While holding the **0** button, press **Auditron**. (when you press the 0 button the prompt may read "Incorrect Procedure". Ignore this and continue.
9. Press the **Start** button to confirm the reset. Screen will prompt when the reset has been completed.
10. Press the **Interrupt** button twice to return to regular copying mode.

## KONICA

1. Press **P** and **9** simultaneously to get into the **E.C.M. Mode**
2. Enter the operators Code 87654321
3. Press **3**, Read Accounts. Press **Start/Print**.
4. The screen should show a number **001** and then a six digit number followed by a "/" and then six zeros ( i.e. 001 000867/000000). This means that account number 1 made 867 copies out of a limitless number. (Currently each account should show six zeros for the last digits because we do not impose limits.)
5. Use the up/down arrows usually used for magnification to scroll through the accounts. The accounts go from 1 to 255.
6. After reading EVERY ACCOUNT press clear to go back to the main E.C.M. screen
7. Press 4 to reset the accounts. Press **Start/Print**
8. Press **Start/Print** to confirm
9. Press **P** and **Stop/Clear** to exit

## Reporting Data   *Library - charge all accounts to 430*

Input the data into their respective computer spreadsheets to compile a report for the Finance office:

Open the file: G:\DATA\Information Services\99Report.xls and go to the month tab for the data you have read.

### REPORTING THE POSTAGE

In the **Postage Meter Reading** column enter the amount each account spent on postage from the printout in the corresponding account row.

| #   | Account         | Postage Meter Reading | Postage 224 |
|-----|-----------------|-----------------------|-------------|
| 100 | Town Council    |                       | 13.45       |
| 103 | Probate         |                       | 25.26       |
| 104 | Elections       |                       | 12.01       |
| 124 | Fire and Rescue |                       | .26         |
| 130 | Police          | xx+30%                | xx          |
| 200 | Youth Services  |                       |             |

Enter postage in this column

The postage plus the handling charge shows up here.

## TRADE NAMES LOG

1. Have applicant fill out a CERTIFICATE OF TRADENAME – They must supply a Street Address – if the business is only a P.O. Box, they need to supply the street address with their name.

2. All owners must sign the tradename and have their name notarized.

3. We fill in Received for Record (date of filing) and sign it in.

4. VERY IMPORTANT – GIVE THE CERTIFICATE OF TRADE A NUMBER. YOU WILL FIND IT IN THE THREE RING BINDER. EACH YEAR START FROM #1 FOR INSTANCE IN 2002 THE FIRST NUMBER IS 0201, THEN 0202, 0203, 0204, ETC. IN 2003 IT WILL BE 0301 IN 2004 IT WILL BE 0401 AND SO ON.

5. When there is time, the tradenames are entered in the data base in DOGS, TRA TRADES and the original filed in a binder in the vault.

6. Periodically a vender will ask to see the most recent Tradename filings – just hand him the folder containing the completed certificates or direct him to the binder in the vault if they have recently all been filed.

*In front of trade name binder*



DEFENDANT'S EXHIBIT NO. 52 F FOR IDENTIFICATION DATE: 4-15-04 RPTR: Fr   PENGAD-Bayonne, N.J.

Filing a Veteran's Record

1. Take a page from the Veteran's File – check the last vol & pg that was used so you know you have the next one.

2. Stamp the back of the veteran's original with Town Clerk's Vol.____ Pg.____ stamp and write the vol & pg number you are using.

3. Lay the "original" DD-214 in the center of you blank vol & page and copy it onto 8-1/2 x 14 paper.

4. Enter it into the DOGS – TRA VETERANS data base on the VAX. Do it while the Vet is present because you will need his/her present address in Windsor and Spouse's name.

5. Return the original to the Vet and file the copy you made in the Veteran's file in our office – periodically these are sent out to be microfilmed and printed for our permanent records in the vault. (After pa volume are received and checked, originals and any copies can be des

6. ~~In September or~~ On October 1st of each year we print a report from the vax entry which goes to the Assessor. He gives this taxpayer credit for service and their property tax bill is reduced by approximately $70.

Discharge:   1 – Honorable
             2 – Dishonorable

Branch:      A (Army)
             M (Marines)
             N (Navy)
             F (Air Force)

*Stapled in front of Veteran's file*

DEFENDANT'S EXHIBIT NO. 57G FOR IDENTIFICATION DATE: 4-15-04 RPTR: Fr

HUNTING & FISHING LICENSES                               7/99

General:

Applicant must be **Connecticut resident**, except for non-resident licenses (applicants for non-resident licenses must show identification with current out-of-state address) All applicants for firearms licenses **must meet Hunter Education Requirements**; must have held resident license in any state within last 5 years, or present CE/FS (Conn. Conservation Education/Firearms) certificate indicating completion of state firearms course. Pistol permits are not acceptable. If applicant does not have previous license with them, and if license was issued in Windsor, check VAX data base (DOGS/TRA HUNTER) to verify.

**Before issuing license:** Check latest DEP suspension list which is kept in fish and game drawer. If applicant's name appears on list, they cannot be issued a license. If they have questions, refer them to DEP (see location on suspension list).

**Applicant not required to be present** to obtain license, but if firearms are included, person purchasing license must show proof that the applicant has held a previous license as described above.

Licenses are issued on a calendar year basis, and **expire December 31.**
 Licenses issued in December for new year should be dated with actual sale date, but are not valid until January 1.

**All information must be completed** on license which must be signed by applicant and Town Clerk or Agent. If applicant is not present to sign, advise person purchasing license that applicant must sign immediately upon receiving license.

Ring on appropriate PLU key (see DEP pages for fees)

Top copy of license is given to applicant; Town and State copies remain intact;
 Town code (164) is written on State copy, and Town and State copies, still intact, are placed in fish and game drawer to be processed later.

Licensees do not need to wear license in visible manner, but **must carry when hunting or fishing.**

**Persons over age 65 are entitled to a free lifetime license** (must show proof of age); must meet education requirements for firearms. Do not need to renew annually. Circle "firearms/fishing/trapping" as appropriate.

**Voids** – If a mistake is made in issuing a license, write VOID across the face of the License, keep all 3 copies intact and place in drawer

**Lost Licenses:** (see DEP rules attached)

**Ages for Hunting & Fishing:** (see DEP rules attached)

**Handicapped and Disabled:** (see DEP rules attached)

**Armed Forces:** (see DEP rules attached)

**Archery, turkey, deer permits, etc.:** Forms in drawer – give to applicants upon request; they must send to DEP


DEFENDANT'S EXHIBIT NO. 57H FOR IDENTIFICATION DATE: 4-15-04 RPTR: Fr

-2-

**Pheasant Stamps:** (Applicant must appear in person)
    Applicant completes both sides of pink card
    Staff writes # of sticker/stamps and date of issue on pink card
    Staff puts sticker on back of applicant's license, adding date of
      issue and initials of staff person issuing stamps
    Applicant signs sticker on license
    Cost is $10 – ring on 16 PLU
    Place pink card in drawer with other licenses issued

**Duck (Migratory Bird) Stamps:**
    Record # of stamp on list in folder
    Cost is $5 – ring on 18 PLU
    Stamp must be signed by applicant on face of stamp, but not necessarily
      in front of staff. (Some purchase as collectors and do not need to sign)

**HIP Permits:** (Required for migratory bird hunters if they plan to hunt ducks,
    coots, geese, brant, woodcock, rails or snipe.)
    Applicant must have a current Conn. Hunting License (resident or non-resident)
    Applicant completes Harvest Information Program (HIP) form which Town
      Clerk mails in special envelope to DEP.
    Staff writes applicant's current hunting license number and date on permit.
    Permittee signs permit and carries it with his license.
    Cost is $2.00 – ring on 15 PLU

# TOWN OF WINDSOR
# POLICY MEMORANDUM

**Subject:** Town Hall Copying, Mailing, and Supplies

**No:** I-A5 Revised
**Date:** June 1, 1998
**By:** Gary Dowgewicz

**Distribution:** All employees

**Approved:** _____
Town Manager

## I. Purpose

This memorandum outlines the procedures to be used by all Service Units in obtaining all necessary copying, mailing and supplies at the Town Hall.

## II. Responsibility

Administrative responsibility and support of all in-house office supplies, copying and mailing efforts rests with the Information Services Unit.

## III. Forms

Duplication Request Form
Office Supplies Form

## IV. Procedure

A. Copying Machines

All requests for copying should be placed in the in-box on the Mailroom door. Please refrain from sending requests for less than 100 copies. For regular jobs of 100 to 1,000 copies per original, allow three days for turn around time and one week if the need is for more than 1,000 copies.

B. Office Supplies

Any orders of custom printed material (letterhead, envelopes, etc.) is handled by Information Services. Requests should be forwarded to the box on the mailroom door.

Fill out the Office Supply Requisition Form from the current office supply company and fax it to the number on the sheet.


DEFENDANT'S EXHIBIT NO. 57-I FOR IDENTIFICATION 4-15-04 DATE: RPTR: Fr

C. Mailing

1. Incoming mail is sorted in the morning and should be ready for pick up by 11:00 a.m.

2. Inter-office mail should be placed in the mailroom/civil defense room on the bottom floor of the Town Hall.

3. All out-going mail should be sorted as to local (Windsor) and out of town categories. It should then be banded or clipped and marked with the account number on the top left corner **above the return address** on the top envelope.

4. Stamped personal mail should be sorted and placed in the appropriate metal basket marked either "Out-of-Town" or "Local."

5. First-class presort mail: The monetary difference between this and regular mail is 2.5 cents per letter. To get this savings, a total of 500 or more letters must be addressed to Windsor. Responsibility for sorting rests with each team. The mail must be sorted for local and out-of-town before it is brought to the mailroom.

Out-of-town mail must then be sorted again. To qualify mail for the first-class, presort, in state rate, there must be at least 50 letters with the same first three-digits in their zip code. Example: Poquonock—06064 / East Windsor—06088. It does not matter if they are for different cities. This mail must be bound together and sorted by the first three digits.

If the mail is not sorted according to these directions, the Town loses money; and we can not cover our mailing allowance.

If there is local mail that does not need to go out until Friday, mark the envelope beside the account number with the letter "B." This mail will be held until Friday to try and get enough together to do a first-class presort mailing. The supply clerk will sort this mail.

6. Certified mail is $2.77 per letter. Both the green and white receipts are available in the mail room and in the post office.

## CASHING OUT ON REGISTER

1. turn key to z
2. press orange amount tended key
3. run tape
4. close register
5. hit PLU
6. turn key back to REG
7. hit yellow NS key
8. turn register off
9. $80 when using only one register
10. add checks (under drawer) and add cash (minus $80) - note on envelope if it balances, initial and put in safe and lock.

OPEN REGISTER:

1. turn on - put key on MGR - if you are on REG, the amount you can ring up is limited.
2. the register will come to a dead stop if the tape is low - remove the top and replace the tape.

In the morning, check the land billing report to be sure land and conveyance total with register. Fill in the spread sheet on EXCEL. Take the money and receipts to Peg. If there is any discrepancy, be sure to adjust the EXCEL spread sheet - this ties into the end-of-month report and the end-of-year report. Accounting is done daily by approximately 8:30 am with finance.

Revenue Services Forms & Reports on CONVEYANCE TAX

Ring up on Conveyance tax key
Write in on form volume and page and 164 for town
Separate form - Pink in Public Information folder - white with check for the Revenue Department
Stamp front page of Deed and write in State $(amount paid) Town ($amount paid) - this information is entered on SCREEN 2 and folds into the Assessor Report.
Conveyance report is done weekly:
    Revenue Department gets State checks and white copy of tax form
    Assessor gets "assessor report" and two copies the tax form



DEFENDANT'S EXHIBIT NO. 57J FOR IDENTIFICATION DATE: 4-15-04 RPTR: Fr

Land Record Indexing - Items to watch for                      4/28/98

Federal and some State Tax Liens - description should be: See Instrument (these cover all properties of taxpayer unless otherwise stated in document)

Committee Deeds - former owner/defendant in foreclosure is Grantor; Committee is not indexed

Space between initials of individuals (Jones, J E not JE)

Satisfaction of Judgment is SAJU not RJGL

Abbreviation for Conservator in suffix column should be CVTR (to be consistent with Conservator Deed abbreviation)

Cemetery Deed is CEMD not CERT

Financing Statements - if owner of record is shown (near top of new form UCC/near bottom of old form), they are a Grantor also

AM or PM - not always correct

Suffix such as Est, Exec, etc. not always shown

Termination of Future Advances - Grantee is old mortgagee not new one

---

Specific corrections made (also some typo's or minor description items)

Spelling of last name: Brancifort not Bancifort 1148/505

Salvatore Pacino Estate not Russell, Executor 1148/523

1149/28 - 2nd borrower is 1(Grantor) not 2(Grantee)

1149/93 Release of Tax Lien - Grantor and Grantee were reversed

1149/94 Receiving date not shown (hand stamped)

1149/261 Bank is First Union not Mechanics Savings Bank (now known as First Union)

4/28/98
ajw

## LAND RECORD QUESTIONS/INDEXING PROCEDURES          7/15/98

**AKA** - use after first name only; i.e. John Jones aka      O
                                        John K. Jones          O
Don't use FKA - use only present name

**ASSIGNMENTS** without volume and page of mortgage being assigned: If assignment includes space for volume and page of mortgage, and it is obvious the intent is to assign the mortgage recorded immediately prior to the assignment, add volume and page to assignment and use in description. If not, use last name of mortgagor and date of mortgage as description; i.e. Jones mort dated 5/1/98.

**PARTIAL INTEREST** - show in description; i.e. L4 Pleasant St. (½ int)

**NAMES WITH NUMERALS** - use both numerals and words; i.e.
     555 Day Hill Road Assoc                               O
     Five Hundred Fifty Five Day Hill Road Assoc           O

**ASSOCIATES** - abbreviate as Assoc
**ASSOCIATION** - abbreviate as Assn

**NAMES WITH SPACES** - use no spaces; i.e. VanFleet, DeLeon, etc. (except Mt Sinai, St Francis, etc.)

**ST/SAINT, MT/MOUNT** - Use St or Mt only; i.e. St Francis, Mt Sinai (with spaces)

**NAMES SPELLED DIFFERENTLY WITHIN DOCUMENT** - Use all variations of name shown within document; if signature is different from typed name, use both.

**MISSPELLED NAMES** - index as name appears in document (don't research previous documents for correct spelling)

**HYPHENATED LAST NAMES** - index under first last name; i.e. Jones-Moore - index under J for Jones. If typed name and/or signature differ (one with hyphen and one without), index under both names.

**LIFE USE** - add LU as a suffix after name of individual receiving life use

**FEDERAL (& SOME STATE) TAX LIENS** - description should be: See Instrument (these cover all properties of taxpayer unless otherwise stated in document)

**COMMITTEE DEEDS** - former owner/defendant in foreclosure is Grantor; Committee is not indexed

-2-

**TAX COLLECTOR DEEDS** - former owner is Grantor; purchaser is Grantee (Town is not indexed)

**INITIALS OF INDIVIDUALS OR FIRMS** - initials of individuals or firms with name(s) of individuals should have a space between initials. Firms with letters which do not appear to be initials of an individual should have no space. i.e.
    Jones, J E
    J S Smith Co. (index also as Smith, J S Co)
    ABC Company

**RECEIVER, CUSTODIAN, ETC.** - Index Receiver as well as financial institution which is in receivership; i.e.
    Federal Deposit Insurance Co   RCVR        O
    Standard Federal Bank                                    O

**FSB, NA, SA, ETC.** - do not include these after bank name

**CO-SIGNERS, GUARANTORS ON MORTGAGES** - these should be indexed in addition to name(s) of mortgagor(s)

**ESTATES, FIDUCIARY DOCUMENTS** - index estate only (not fiduciary) on deeds, etc. Probate documents appointing fiduciary are indexed estate as Grantor to fiduciary as Grantee.

**TRUSTS** - index trustee(s) and name of trust. If trust bears name of an individual, index under both first and last names; i.e. Jane Jones Trust would be indexed as Jane Jones Trust and Jones, Jane Trust (all on one line)

**LEASES** - index lessor/landlord as Grantor to lessee/tenant as Grantee

**MORTGAGE MODIFICATION AGREEMENTS** - index borrower/mortgagor as Grantor to lender/mortgagee as Grantee

**POWER OF ATTORNEY** - if specific property is shown in document, use as description. If not, use "see instrument"