-3-

**DEPT OF HOUSING & URBAN DEVELOPMENT** - index as follows:
United States of America
Housing & Urban Dev                    (one entry/two lines)

**DEPT OF VETERANS AFFAIRS** - index as follows:
United States of America
Veterans Affairs                    (one entry/two lines)

**PROPERTIES FRONTING ON MORE THAN ONE STREET** - show all streets in description; i.e. L123 Park Ave/Sage Park Rd

# LAND RECORDS FLOW CHART

Receive → Review → Record → Index

**Receive**
- Post Office
- Walk In

**Review**
- Correct Town?
- Dated?
- Signed?
- Notarized?
- In proper recording sequence (multiple documents within one transfer)?
- Return info supplier?
- Attest as a true record

**Record**
- Date & Time Stamp
- Assign Doc #'s
- Assign Vol/Page #'s

**Index**
- Enter info Vax Land Database: Supply grantor, grantee, description, vol/page, time, date, instrument #, type of document, billing info, return info, assessor info
- Print Day Book, daily - grantor & grantee indexes cumulatively
- Print Billing Report

Photocopy → Do Marginals → Audit → Return → Billing → Annual Certification

**Photocopy**
- Examine quality of documents, note if poor quality
- Send to Adkins weekly
- Examine when returned
- File in binders in vault.

**Audit**
- Correct Land database, per outside Land Records Examiner

**Return**
- Documents returned to customer

**Billing**
- Collect accounts receivable from accounts with purchase orders

**Annual Certification**
- Submit Annual Certification to State Public Records Administrator

*Land/Recording Procedures*

FEB 11 2000

1. receive deed
      by mail
            check Post Office Box twice daily
            check internal mail slot once daily
      hand delivery
            record deeds at counter when brought in-person

2. review deed
      correct town
      dated
      signed
      acknowledged/notarized if required
      complete - includes schedules, exhibits if indicated
      identify individual deeds within a single transaction
            place in proper order for recording
            e.g. release, warranty, mortgage, assignment
      determine where document should be returned after the
      entire recording procedure is completed
            return address is usually on back of the last page of
            the document

3. calculate recording fees
      count pages
            if a page is more than 14" count it as two pages *13.00*
      charge according to State of CT statutes, basically $10.00
            for the first page, each additional page, $5.00 each
      transactions conveying property for $2000.00 and more
      require an additional $2.00 for the transfer deed, usually
            a warranty deed
      review and date State of CT OPM Form
            attach check to Commissioner of Revenue Services
            Social Security/Tax Identification Numbers required for
                  all grantors and grantees
            detach pink sheet and file in counter display folder
            detach top, white sheet with Commissioner of Revenue
                  Service check stapled to it and file in Land
                  Cabinet File
            file remaining yellow and blue sheets in Land Cabinet
                  File to be used by the Assessor's Office
            date and file Local Conveyance Tax form when necessary
                  usually for Quit Claim deeds when consideration is
                  not explicitly stated
            ring up fees on the cash register
                  Key 1 = recording fee
                  Key 2 = local conveyance tax
                  Key 5 = xerox charge for issuing certified copies
                  Key 8 = miscellaneous charge for certification
            clip register receipt to deeds
            give duplicate register receipt to customer, if
                  requested

4. time stamp the back of the deed
            note recording time on cash register receipt
            customer usually will ask the recording time

also note on cash register receipt, when necessary, the (sales price) and (State) of CT tax amounts

5. place deed(s) in Today's Deeds file folder which is kept on the counter next to the current DayBook

6. process deeds
at the end of each deed stamp "Received for record", and with a black flare pen write the date, recording time and instrument number

on the back of the last page of each deed stamp the instrument number and the "Received for record", date, time, vol and page etc.  When indicating page, write the page number of the first page of the deed.

volume and page each page
if a page is longer than 14" stamp it as two pages

when a deed is more than one page, indicate the number of the first page deed at the stamp on the last page

when conveyance tax is collected, on the first page use the "Conveyance Tax Received" and above it write in the $ amounts of both the state and local taxes

if a State of CT OPM form is filed but there is no conveyance tax, use the same stamp and indicate above it ---- 0 ----

7. enter deeds into VAX, in the LAND database
call up the input screens at the $ prompt by entering TRA DOC

each record has two pages

enter instrument #, date, volume & page, document type, description, grantors & grantees on first screen

on second screen enter return, billing, and assessor info *Collected amt*

when all records for one day have been entered, print two reports
Day Book (use command REP DAY_BOOK)
Billing (use command REP BILLING)

Day Book report stays on the Land counter for public use It is filed below the cash register in a six-months binder once the cumulative, alphabetical GRANTOR and GRANTEE reports have been run (see below for more on GRANTOR and GRANTEE reports)

Billing report is used for balancing daily receipts and

tracking accounts receivable

GRANTOR and GRANTEE reports are run every two - three days
Use the command COM GRANTOR and COM GRANTEE
These reports alphabetize the Day Books over a period of
time

At the end of each month a cumulative "January 1 - to
date" report is run

8.  xerox deeds on legal size paper
    make sure all pages are copied and are in proper sequence

if original is not clear use "Poor Quality Document" stamp
note if schedules are missing

review all copies before being submitted to Adkins

darken, when necessary, with a black flare pen only the
recording information added to the deed by the Town Clerk's
Office - never alter any part of the original text

keep record of the volume and page numbers sent to Adkins
on a weekly basis - also note if any retakes have been done
- also note the date when each group of copies is returned
from  Adkins

If Adkins can not pick up the deeds, mail them no later
than Thursday of each week

9.  review deeds after return from Adkins - compare each page with
originals - check to make sure nothing is cut off - fill in
remaining recording info, volume & page, staple original

10. place in Land Record binders in the Vault - certify each volume
with proper cover sheet

11. do marginal notations for releases, assignments, partial
releases, subordination agreements etc.

12. return original deeds
    run a LABEL report

run a RETURN report

prepare envelopes

keep track of date that every deed was returned

13. run reports for the Assessor and Tax Collector

14. verify Day Book data entry before being sent to outside
    verification service (currently, Cott Systems)
    follow proper guidelines for correcting both the computer

and printed indexes

15.  Bill Metropolitan District, IRS etc. monthly

## RUNNING THE ASCOM HASLER MAIL MACHINE

*9-18-97*

1. The key should be under the metal "catcher" put it in the key hole toward the back of the right side of the machine. *Turn key to 1*

2. Open the flap on the top, right side - it sticks and you have to pull hard. - Adjust the little wheels inside to the current date.

3. Hit C for Clear on the key board to get to the "meter mode"

4. Check the plastic bottle on the left rear to be sure there is enough water to seal the envelopes.

5. The power switch is on top - click it on (a light goes on).

6. The > moves you around from the account to the postage amount. A flashing cursor lets you know where you are. If you are on account and the account is 103, key in 103 then hit >. Key in the postage as **.320** and hit "E" to enter. If you only do .32 you will get .032. - Before you continue, check to be sure you are showing the **correct date and .032**

7. When running the mail, it is either no seal or seal - depending upon if the envelope has been sealed. Don't run a sealed envelope on unsealed or it jams the machine and may tear the envelope. If this happens turn off the power switch on the top of the machine.

8. Snug the envelope guide against a batch of envelopes and they run through automatically.

9. To weigh - usually the scale is on - if it is off, turn it on and press **"1ˢᵗ" and than "F1" twice**.

10. Any oversize envelop must be .55 or greater - weigh it, hit > put in account number, hit > put in amount (i.e. 1.930 for $1.93) and hit the big red button on the top of the machine to get a label.

11. CERTIFIED MAIL - a .32 envelope is $2.77, a .55 envelope is $3.00

## TO DISCONNECT THE METER AND GET POSTAGE

1. To undo the meter turn the key to "2", disconnect the cable to the back of the meter, pull the red lever on the back - right side toward you - this will disengage the meter and it will lift off. There is a bag in the cabinet - use it so you don't get ink on yourself. Lisa will cut a check for $4,000 to the U. S. Post Office - Take the meter and the check to the post office.

*Police 130*

```
** DOC_CTYPE.REP ** PRINTED: 15-DEC-98
```

*This is what I recvd to assist me in indexing documents*

```
            TOWN CLERK OFFICE
            DOC TYPE REPORT
            -----------------
```

| CODE | DOC DESCRIPTION |
|------|-----------------|
| A/ASM | ASSIGNMENT/ASSUMPTION |
| ADMND | ADMINISTRATORS DEED (Estate to purchaser) |
| AFF | AFFIDAVIT (Owner is a Grantor) |
| AG/AM | AGREEMENT & AMENDMENT |
| AGMT | AGREEMENT |
| AGRL | AGREEMENT/RELEASE |
| AMDFS | AMENDED FINANCE STATEMENT (descr is original V&P) |
| AMDT | AMENDMENT |
| APPL | APPLICATION |
| APPT | APPOINTMENT |
| APPVL | APPROVAL |
| ASFS | ASSIGNMENT OF FINANCIAL STATMENT |
| ASGL | ASSIGNMENT OF LEASE |
| ASGR | ASSIGNMENT OF RENTS |
| ASLR | ASSIGNMENT OF LEASES & RENTS |
| ASMOA | ASSUMPTION/MOD. AGREEMENT |
| ASMT | ASSIGNMENT |
| ASUM | ASSUMPTION |
| ATT | ATTACHMENT |
| BDYA | BOUNDARY AGREEMENT (all Grantors & Grantees) |
| BKRP | BANKRUPTCY |
| BOND | BOND FOR DEED |
| CAVT | CAVEAT |
| CDEA | CERTIFICATE OF NOTICE #251 (Estate to Fiduciary) |
| CDEED | CONVEYANCE DEED |
| CDEV | CERTIFICATE OF DEVISE |
| CEMD | CEMETERY DEED |
| CERT | CERTIFICATE |
| CERTM | CERTIFICATE OF MORTGAGE |
| CHNA | CHANGE OF NAME |
| CMDD | COMMITTEE DEED (Old owner to purchaser) |
| CNSNT | CONSENT |
| CNTRT | CONTRACT |
| COND | CONDEMNATION |
| CONFS | CONTINUATION OF FINANCING STATEMENT (V&P of orig F |
| COVT | COVENANT |
| CRES | CERTIFICATE OF REAL ESTATE #252, #253 (Est to Surv. |
| CTAK | CERTIFICATE OF TAKING |
| CVTR | CONSERVATOR CERTIFICATE (Est/Respondent to Conserv. |
| CVTRD | CONSERVATOR DEED (Est to Purchaser) |
| DCRE | DECREE |
| DECL | DECLARATION |
| DEED | DEED |
| DISCL | DISCLAIMER |
| DIST | CERTIFICATE OF DISTRIBUTION |
| ES/AG | EASEMENT/AGREEMENT |
| ESMT | EASEMENT |
| EXDD | EXECUTORS DEED (Estate to Purchaser) |
| FIDD | FIDUCIARY DEED (Estate to Purchaser) |
| FIST | FINANCING STATEMENT (UCC 1) |

Handwritten annotations in left margin:
AG/AS — Agreement & Assignment
CF/D #R-4P — Fiduciary Probate Cert.

** DOC_CTYPE.REP ** PRINTED: 15-DEC-98

TOWN CLERK OFFICE
DOC TYPE REPORT
------------------

CODE                    DOC DESCRIPTION

FRCL                    FORECLOSURE
GDN                     GUARDIAN
GDND                    GUARDIANS DEED (Grantor is individual not Guardian)
IND                     INDENTURE
JDG                     JUDGMENT
JDGL                    JUDGMENT LIEN
LEAS                    LEASE
LICS                    LICENSE
LIEN                    LIEN
LISP                    LIS PENDENS
LS/AS                   LEASE & ASSIGNMENT
MECL                    MECHANICS LIEN (Owner to person/business filing lien)
MEMO                    MEMORANDUM
MG/AG                   MORTGAGE & AGREEMENT
MG/AS                   MORTGAGE & ASSIGNMENT
MGR                     MERGER
MOAG                    MODIFICATION AGREEMENT
MOLS                    MODIFICATION OF LEASE
MORT                    MORTGAGE
NOTC                    NOTICE
NOTE                    NOTE
NOTLS                   NOTICE OF LEASE
NOTSL                   NOTICE OF SUBLEASE
OPT                     OPTION
ORD                     ORDER
PERMT                   PERMIT
POAT                    POWER OF ATTORNEY
PREL                    PARTIAL RELEASE (descr. is V&P and lot # released)
PRELS                   PARTIAL RELEASES(descr. is V&P and lot # released)
PRTL                    PARTIAL RELEASE OF TAX LIEN (V&P and address of lan
QC                      QUIT CLAIM DEED
QCR                     QUIT CLAIM RELEASE
R/APT                   RESIGNATION & APPOINTMENT
RATT                    RELEASE OF ATTACHMENT
RCVT                    RELEASE OF CAVEAT
REL                     RELEASE
RELAF                   RELEASE BY AFFIDAVIT
RELE                    RELEASE OF EASEMENT
RELL                    RELEASE OF LEASE
RELM                    RELEASE OF MORTGAGE
RELN                    RELEASE OF LIEN
RELS                    RELEASES
RESO                    RESOLUTION
REVPA                   REVOKE POWER OF ATTORNEY(Individual w/POA to whoeve
RFST                    RELEASE-FINANCING STATEMENT          appointed as POA
RIDER                   RIDER
RJGL                    RELEASE OF JUDGMENT LEIN
RLSP                    RELEASE OF LIS PENDENS
RMCL                    RELEASE OF MECHANICS LIEN
RNOTC                   RELEASE OF NOTICE

** DOC_CTYPE.REP ** PRINTED: 15-DEC-98

TOWN CLERK OFFICE
DOC TYPE REPORT
-----------------

| CODE | DOC DESCRIPTION |
|------|-----------------|
| ROW | RIGHT OF WAY |
| RPOA | RELEASE OF POWER OF ATTORNEY (Individual w/POA to whoever appointed as PO |
| RSTR | RESTRICTION |
| RTL | RELEASE OF TAX LIEN |
| SAGR | SUBORDINATION AGREEMENT (1st mortgagee to new lender; |
| SAJU | SATISFACTION OF JUDGMENT   descr. is V&P of 1st |
| SLEA | SUBLEASE (owner & lessee to   mort & name of |
| | sublessee)   borrower) |
| SPUSE | SPECIAL USE (owner to Town) |
| STCR | STATE TRAFFIC COMMISSION REPORT (owner to State) |
| STMT | STATEMENT OF COMPENSATION (owner & State are Grantor |
| | and Grantees) |
| SUPL | SUPPLEMENT |
| TERM | TERMINATION |
| TRD | TRUSTEES DEED  (Trust and Trustee are Grantors) |
| TRNA | TRADE NAME |
| TXCD | TAX COLLECTORS DEED (old owner to Purchaser) |
| TXLN | TAX LIEN |
| VAR | VARIANCE (owner to Town) |
| WARR | WARRANTY DEED |
| WDNOT | WITHDRAWAL OF NOTICE OF FEDERAL TAX LIEN (IRS and |
| | Taxpayer are Grantors to Taxpayer) |
| WVR | WAIVER |

TOTAL: 120

\* SA/RL satisfaction of Judgment / Rel. of Lien

12/1/99

## 1999 LAND RECORDS DATA ENTRY - PART II

DOC: 0000    DESCR:
RETURN DATE:                    LABEL (Y or N) ①

RETURN ADDRESS CODE: ②    0    RETURN ADDRESS ③


DATE PAID: — ④          BILLING INFORMATION ⑤
STATE TAX: ⑥    .00    AMT PAID:    .00
FEE: ⑧    .00          LOCAL TAX:    .00 ⑦
                        BILLING CODE: ⑨

COPY TO ASSESSOR? ⑩    ASSESSING INFORMATION
SALES PRICE: ⑫    0      DATE TRANSFERED: ⑪
                        ADDRESS: ⑬

① Y - if you need a return label printed
   N - if you do not need a return label printed

② enter code if one is in our listing
   the code is for clients who file often
   it is a way of speeding up entry and
   assuring the return address is correctly
   typed - (attachment on page 1)

③ Return the document to this address. Often
   written or stamped on the back of the document
   if not there, search the document for
   instructions as to where to return it.

④ Day the money* for that document is received.
   * unless otherwise - if blank
                                        - OVER -

⑤ the amount paid for that document
$10 first page  $5 each page after


⑥ Conveyance tax paid to the State.

⑦ Conveyance tax paid to the Town.

⑧ fee = the amount to be billed
if the document is from a Federal or
State agency or MDC

⑨ the code of the agency in #8

⑩ an x automatically is filled in -
if it is a transfer of property, also
fill in ⑪ ⑫ ⑬.

⑪ date the document was signed

⑫ Amount of the sale, price on conveyance
form or on in the document.

⑬ the address of the property being
transferred. This info goes to Steve &
and he needs the actual address,
not lot # or Unit #.

EXCEPTION: If no address use the lot # or unit #

2

**1999 GRANTOR/GRANTEE LAND RECORDS INFORMATION DATA ENTRY**
**SCREEN 1**

*mo. at bottom of doc.*

DOC#: 0000          DOCUMENT TYPE: ②          DATE: ③          TIME: ④
VOLUME: 0000 ⑤ PAGE: ⑥
DESCRIPTION: ⑦

| T ⑧ | CODE | LAST / FIRST CORPORATION NAME | SUFFIX | O |
|---|---|---|---|---|
| 1 | 0 ⑨ LNAME FNAME | *name of Grantor* ⑩ | ⑪ — | ⑫ |
| 2 | 0 ⑨ LNAME FNAME | *name of Grantee* | ⑪ ↗ | |
| | 0 LNAME FNAME | | | |
| | 0 LNAME FNAME | | | |
| | 0 LNAME FNAME | | | |

⑪ this is for suffix such as AKA, JR, SR, TRustee, etc.

⑫ "O" for other if there is more than one grantor or grantee

① enter the number at the bottom this is the # we give it, it is an internal count.

② This is the type of document - see attached list.

③ The date we received the document

④ " time " " " " "

⑤ " volume " stamped on the top of the first page

⑥ the page # we stamped on the top of the first page.

⑦ see doc. type - this describes the property or tells the searcher the V+P or "see instrument"

⑧ 1= Grantor  2= Grantee

⑨ Code of Grantor(s) Grantee - see attached list

121/99

1999 LAND RECORDS DATA ENTRY - PART II

DOC: 6668   DESCR: V1216 P313 STONE
RETURN DATE:                LABEL (Y or N) 

                              RETURN ADDRESS
RETURN ADDRESS CODE:        0   MCCUE MORTGAGE CO
                                POB 1000
                                NEW BRITAIN CT

                            BILLING INFORMATION
DATE PAID: 30-NOV-99    AMT PAID:      10.00
STATE TAX:        .00   LOCAL TAX:       .00
FEE:              .00   BILLING CODE:    0

                            ASSESSING INFORMATION
COPY TO ASSESSOR?           DATE TRANSFERED:
SALES PRICE:            0   ADDRESS:

I went over both screens with
Pat.  Pat understands the
screens and agreed that
she knows the information
that should be filled in
and knows where to find it
on the document

I printed both screens, numbered
each area to be filled in and wrote an
explanation.  Pat reviewed these printed
screens and we discussed # 4 on page 2 and
# 13 on page 3 for further clarification.

                              Kathy Quinn
                              12-1-99

8-2-4

8-2-4

Town of Windsor
Town Clerk - Procedures
6-30-99

Personnel: **Town Clerk** : Kathaleen Quin

**Deputy Town Clerk**: Patricia A. Massey

19 hrs/wk **Part-time** : Thelma London
(Alice Williams (Consultant))

**Part-time** : Elke Peck (summer + school vacation)

Procedures: Any staff person collects the money and enters the money into
cash register. (all revenue goes through cash register) Department
closes to public at 5:00 pm  M, W, Th, F and 8:00 pm on Tues. so
register can be balanced. Most often Pat Massey balances register
at the end of the day and fills out a daily receipt form and
puts the money into a locked safe in the vault. The next morning
Kathy Quin, most often, counts the money and verifies the
amounts on the daily receipt form (Note: the person balancing out
at day end is almost always different from the person verifying

*WJ brought in Conveyance forms for State but no Check*    (11/30/99)

November 30, 1999

Re: State of Connecticut Real Estate Conveyance Tax Returns.

Pat —

1.  When Deeds, permanent easements or land leases are filed, they must be accompanied by a State of Connecticut Real Estate Conveyance Tax Return. If the Consideration is $1,000 or higher, an additional $2 is charged on the filing fee. For instance: if the accompanying paper work is two pages — the cost is $10 for the first page and $5 for the second page PLUS $2 for the conveyance (if over $1,000) for a total of $17 for a two page document.

2.  The Seller pays .005 x the selling price to the State of Connecticut and .011 x the selling price to the town of Windsor. <u>Be sure that you collect both checks.</u> Staple the State's Conveyance check to the white copy and ring the Town's check on the Conveyance Key of the Cash Register.

3.  If the State or the Town is a party to a transfer, No Conveyance Tax is charged. This is NOT the case with the Federal Government. If the Federal Government is the Grantor, they do not pay conveyance tax, but if the Federal Government is the Grantee, the seller pays conveyance to both the State and the Town.

4.  Check to be sure that the taxpayer identification number has been filled in.

5.  Check to be sure that a date conveyed has been filled in. If it hasn't, transfer the date from the Deed.

6.  At the top of the State form, fill in the TOWN CODE (which is 164) also fill in the Vol. and the Page that you have just stamped on the Deed — about 1/3 of the way down fill in the Date Recorded (in the Clerk's Office)

7.  The form is in four parts — the WHITE top sheet (WITH CHECK ATTACHED) is filed in the State Conveyance folder in the file drawer under the cash register. Once a week Thelma copies the white form and the check. She send the original with the check and a summary report to the Department of Revenue Services.

8.  The yellow and green parts along with a report generated from our SECOND SCREEN in Land record entry is delivered to the Assessor's office. With this report the Assessor keeps his records up-to-date. The important information on the report to the Assessor is the sales price of the property, <u>the street number and address and the date the property transferred.</u> He changes the taxpayer from the Seller's name to the Buyer's name.

{ — 1st Screen = Condo Unit # (description)
  — 2nd Screen = Street Address or Lot

*Zeka – Thelma – Alice – Pat*

*please file with Marriage ref*

## OUT OF STATE BLOOD TEST FOR CONNECTICUT MARRIAGE LICENSE

509 – 8505
Information obtained 5/28/96 from State of CT Lab ~~566-2872~~

There is a new CLIA law and in every State in the United States as well as Washington D.C. and Puerto Rico (and New York City) their State Lab has copies of Connecticut Blood Test certificates.

**✳✳** We should instruct people to ask their Doctor to send their blood test to a CLIA Licensed Lab. Write on the blood test that it is for a Connecticut Marriage and it must be on a Connecticut Certificate. The CLIA licensed lab will call the State Lab (in their state) and get a copy of the Connecticut certificate.

It will go back to the Doctor who took their blood. Each test should be completely filled out and have three signatures - The Doctor who took the test, the person at the laboratory who did the test and person who's blood is being tested. DO NOT LEAVE THE DOCTOR'S OFFICE UNLESS THE CERTIFICATE IS COMPLETE.

If they run into a road block anywhere along the way they should call 1-860-~~566-2872 or 1-860-566-5723.~~
509 – 8505    Linda Lewczyk at State Lab

**✳** 8/12/98
If it is on a form from a State on the approved list, we (can) must accept their blood work.
                    per Lab  KO

**✳** Approved list attached

**✳✳** Vitals statistics offices in other States – attached.