## AMENDMENTS TO MARRIAGE LICENSES:

Phone conversation with Christine Farrelly 9/4/98

In discussing with Christine amendments to birth certificates, I also raised the question of amending marriage licenses, noting that last year her office advised that marriage licenses should never be amended, because they were sworn statements of certain facts and should not be changed.

Christine recommended if a bride or groom requests an amendment of information on their marriage license, we require from them an affidavit stating they provided fraudulent information when they did the original worksheet for the license. (she said in most cases, they do not want to pursue the changes when told they must provide such an affidavit).

If amended, we should include on the license a statement that the amendment was based on inaccurate or fraudulent information provided by the bride or groom, as the case may be.

In no case should a license be amended without an affidavit from the party (bride or groom) whose information is being amended, as well as documentation to support the amendment. The affidavit and documentation should be attached to the amended license.

Note: any affidavit must be sworn and notarized

If a correction is requested because the bride or groom was unsure of spelling of a parent's name or birthplace, etc. when they did the original worksheet, documentation must be provided of the correct information, a copy attached to the license, and a note put on the license to this effect.

Christine confirmed that before issuing any license, or amending a license as described above, a driver's license or other positive ID must be provided.


ajw

# STATE OF CONNECTICUT

## DEPARTMENT OF PUBLIC HEALTH
### DIVISION OF LABORATORY SERVICES

*file: full packet in reference folder*

MEMO TO:   All In-State Laboratories
           Town Clerks/Registrars of Vital Records
           APHL for distribution to all State Public Health Laboratories

FROM:      Donald Mayo, Sc.D., Chief, Biological Sciences *DM*

SUBJECT:   CONNECTICUT PREMARITAL CERTIFICATE ON INTERNET

DATE:      May 1, 2001

*RECEIVED WINDSOR, CT. 2001 MAY 22 P 01*

**Please note the following change effective immediately:**

The Connecticut Premarital Certificate can now be found on the WEB, complete with instructions. **The WEB site is:**

   http://www.state.ct.us/dph/laboratory/bloodt.htm

Instructions for printing the form off of the WEB are included on this page.

This change is expected to make the process for out-of-state residents marrying in Connecticut easier, quicker and less margin for error in obtaining the CT form.

The certificate must be filled out completely including laboratory CLIA (Clinical Laboratory Improvement Act) license number and, for federal laboratories, CLIP (Clinical Laboratory Improvement Program) license number. The size of the form off of the WEB will now be 8 ½ " X 11", as opposed to 5" X 7", but those are still available. Other than the new paper size, this is the same certificate and should be filled out the same way as previously required.

The Connecticut premarital testing requirements remain the same: males require a test for syphilis; females under the age of 50 capable of having children require a test for syphilis and a rubella screen. Females are exempt from rubella testing if they are at least 50 years of age, surgically sterile, or who have a previous test result for the physicians to read and to use as a basis for counseling.

If you have any questions or comments, please contact Linda Lewczyk at 860-509-8505 or Cynthia Brinkman at 860-509-8567.

*Phone:*
*Telecommunications Device for the Deaf: (860) 566-1279*
P.O. Box 1689 • Hartford, Connecticut 06144
*An Equal Opportunity Employer*

March 24, 2000

Pat –

I have tried to recap some of the things that we have gone over :

Code for the copiers (up and down) 34342 – If there is a problem with the Xerox in our office call for service at 1-800-822-2979 and give them Serial #5UR042330 for a BK-35 Xerox Copier.

Check the Town Clerk email each morning and reply to any questions.

Go to "Town Mgr Office" under data – then to the "Minutes" folder then to "Council" and "2000" The minutes for the 3/20/2000 minutes should be there. Read the section where they made corrections to the minutes of 3/3/2000. Print this section of the minutes out. Go to the Council Minutes for the 3/6/2000 Council Meeting – Change "Unapproved" (at the top of the page) to "Approved" - Make the changes that the Council made on 3/22 to the 3/6 minutes. Add a not at the bottom "Minutes Approved by Council on March 22, 2000" Copy these minutes onto archival paper (back to back) this can't be done on our printer, you have to select the Town Manager's Printer from the menu. Give these minutes to Lisa who will have them signed by Abigail. When she returns them to you after the April 3 meeting, put them in the 2000 Council Minutes Binder in the Vault.

The first of April Peg need the March Financial Report also the billing report for the first quarter should be done sometime during the first week. For this report, go to LAND at the $ type in REP 2000 UNPAID – put in the dates 1-Jan-2000 and 31-Mar-2000. Match the bills up with the invoices in the Billing folder in the top drawer of the land file cabinet. Also bill for any copies that we have made for the various agencies. These *MOC only!* requests are in the file and a sample letter of the last billing that I did. For some accounts you have to refer to a billing number. – we discussed this, but check with me today if you have any questions. *\state of CT*

Also sometime the first week in April the Xerox and the Konica Copiers have to be "read." The instructions are attached. I will not burden you with doing the report – I can do that when I get back.

Pick up messages on 1902 – press 1945 at prompt key in 1902 at security code prompt key in #1998. To listen to a message hit 5 - to save a message hit 7, to delete a message hit 3, to hear the same message again hit 2, to hear the time it was left hit 8.

LAWSUIT – go to the directory "Clerk" find last file in directory "Wolff" write the new information over the last "lawsuit" distribution. Fax a copy to Wolff Zackin (don't forget to change the number of pages you are faxing). The distribution list always includes the finance director (Don), the risk manager (Scott), the insurance company (Wolff Zackin) besides the fax send a copy in the mail, the town attorney, the town manager, our file –

Conveyance Tax to the State     MAY 24 2000

Land
Re: 2000 Assessor ~~Dept~~          Make 3 copies
L.A.                                2 for Assessor (Vickie)
First date (usually on a ~~Tuesday~~)   1 " our records
Ending date (Tues)

1 – Make copies of the white (original(s)) conv. forms & any attachments as listed in the order (by Vol & Page)
2 – add the original copies (checks) & do a tape
3. Add the copies (checks) – both should balance
4. Put the original (documents) checks in the big brown envelope for Dept. Revenue Services & Seal.
5 – put copies in file draw (Land)
6. File the report in the Assessor folder in the Vault
7 – attach the yellow/blue copies to the ~~copies~~ of the original land documents for Vickie

Rec'v'd
JUN 13 2000

-VITALS PROCEDURES                                               Rev. 5/2/00

**Windsor Vitals:** (Process at end of each month and mail so that State receives no later than the 7th of the following month). May do during the month in small batches; hold in envelopes on rolling cart until end of month.

Copy each original on special vitals paper - 1 for State and 1 for each residence town if not Windsor resident. Use certification slip (under small copy machine with vitals paper); tape to glass of copy machine. Load vitals paper in end tray of small copy machine with holes first. Original and certification slip go on glass with holes to left.

Add raised Vitals seal to copies for State and residence towns.
Stamp "This copy of certificate received for record…" on back of copies.

Complete small blue, yellow and white transmittal slips for State (on pads in rack at right end of back desk/extra pads in cabinet with burials, etc./see attached samples). Must do one for births even if none for the month. Copy all 3 on one sheet for our file - folder at front of Vitals drawer (see sample).

Separate State copies of marriages, deaths and births (if any); put in <u>alphabetical</u> order (by groom's last name for marriage) in separate bundles with appropriate slip on each bundle (if no births, the birth slip may be clipped to either deaths or marriages). If any late filings received for previous month(s), do a separate transmittal slip; note and highlight "Late Filing". Don't staple; use paper clips for State copies.

Mail in pre-addressed manila envelope to State (envelopes in box under back desk).
Complete return address on envelope – town, zip and month.

Type labels to residence towns, using list of Town Clerks provided by State Health Department (list in rack at right end of back desk). Use #10 regular Town envelopes. Address as follows:  Registrar of Vital Statistics
         (Street or PO Box)
         (Town, CT, ZIP)

Separate original Deaths, Marriages (and births, if any).
Put in <u>chronological</u> order. Include any certificates received from other towns. Check to be sure those received from other towns are Windsor residents – if any are not, these should be returned to the town of occurrence (if we have put our receiving info on back of certificate, this should be covered with a label or whiteout before returning.)

-2-

Number certificates in upper right corner, using numbering machine in overhead cabinet over back desk. Check last number in book - should match number on slip attached to stamp machine. When numbering is complete, note next number on slip attached to stamp machine.

Index each certificate in computer in TRA VITALS_ENTRY screen (see samples of screen attached). Use appropriate Town Tax Codes for "Billing" or "Pay to" towns (see sample list attached for codes).

After each is indexed, place a small pencil check mark at top, to the left of the page number (see those in book for example).
Marriages are entered twice - one screen each for bride and groom; use 2 check marks to indicate two entries.
Place certificate in appropriate book (current year books on rolling cart).

Order vitals forms and envelopes from State as needed (see order form attached - these are in folder at back of vitals drawer)

**Vitals received from other towns:**
(May be processed as received or in batches once or twice a month, along with Windsor vitals as described above.)

Copies of vital events occurring in other towns which involve Windsor residents are sent to Windsor for recording. <u>Check to be sure they are for Windsor residents. Also check Hartford vitals in computer to be sure they are not duplicates before signing in or numbering.</u> When received, sign reverse side with receiving information (add "This certificate received for record..." stamp, if not already stamped).

These are arranged in chronological order, numbered and indexed as shown on the attached samples of vitals screens in the same manner as Windsor vitals. Use Town Tax Codes (see sample list attached).

**Monthly Report of Deaths to Registrars:**

After all deaths are entered for the previous month, a printout is prepared for the Registrars of Voters, listing all deaths entered since the last printout – see folder on cart which contains previous reports and instructions for running report. Make a reduced copy for our file and give original to Registrars – put in envelope addressed to Gale Deming and put in Registrars' mail folder in drawer under fax machine.

-3-

**Copies of Windsor Marriages for Public Book:**

Copy Windsor Marriages, block out social security numbers using black marker and cover strip correction tape, and place copies in white notebook (on bottom shelf of bookcase under dog printer) See last certificate in notebook to find starting point; copy <u>Windsor marriages only</u>.

**Year-end procedures:**

Three permanent vitals binders are purchased from Adkins; vitals from previous year are transferred to permanent binders, making temporary red, looseleaf binders available for current new year documents.

In mid-January, request Data Processing to run bills for the Billing Towns (see attached sample), and a printout of same for Town Clerk's office to use to record those paid, etc. Type labels, using list of Town Clerks provided by State Health Dept. (list in rack at right end of back desk), and mail bills to other towns.

Also request Data Processing to run a printout of the Pay To Towns, although at this point we will not have received all vitals from others, particularly Hartford and the larger cities; therefore we will need a later printout after those are received. However, we should have one in January, so we can reconcile any bills we receive and process them for payment.

Around this time, we will start receiving bills from other towns. As these are received, we check our printout to see if we agree; if so, we sign the invoice "OK for payment", date and sign it and hold until the next vendor pay date. At that time we copy all bills ready for payment, keep copy for our file and give originals to Finance to pay. If we do not agree with billing, call other town to resolve the discrepancies before approving for payment.

We will receive checks from other towns which we have billed. After verifying the amount paid against our printout, these are rung up on our register as "Vitals to other towns", and noted on our printout of Billing Towns as paid, including date paid. Again, call if any discrepancies - before check is rung up.

In April or May (or whenever we have received all vitals and paid all bills for previous year from other towns), request Data Processing or consultant Hal Croxall to run the indices for Births, Deaths and Marriages for the previous year on special archival paper. These should be verified against the actual documents in each book, and the documents and indices in permanent binders are placed in the vault.

# End of the Month Reports and Procedures

Make sure to keep all receipts, supply requisitions, completed printing orders, and information gathered from the copy machine and postage machine. At the end of the month, the information should all be filed in one folder marked with that month on it, so it can be referred back to if there are any question or problems.

## Gathering Data

Print out the blank form in G:\DATA\Information Services\COPY\Copycode.xls

Note: The numbers for your reports should be collected either at the end of the last day of the month, or early on the first of the month. This assures that the end of the month reports is an accurate reflection of that month's services used.

## POSTAGE
### Ascom Hasler

Note: print the report twice in case of a malfunction in the machine or printer

1. Verify that the printer cable is connected from the postage machine to the printer and that the printer is on and paper is present.
2. Press the DPT key twice, the display should read "Summary Dept"
3. Make sure the flashing cursor is on "Read", press "E"
   The printer should be printing out the report.
   If you do not get a readable printout, go back to step 1.
4. Go back to the "Summary Dept" screen (you may need to press "C")
5. Use the ">" key so the cursor is flashing on "Clear"
6. Press "E"
   The printer should be printing out the report.
   Verify that one of the printed reports does say "CLEAR" on it
7. Press "MTR" to return to normal mode.

## COPIERS
### XEROX

1. Key in the Administrators code (11111) on the copier and press the **Auditron** button.
2. Press **1**
3. Enter account **100** (to insure you start at beginning) and hit **Auditron**.
4. On a piece of paper, write down the account number (1st column) and the number of copies the account used (3rd column).

| ACCT | PASSWD | COUNT | LIMIT |
|------|--------|-------|-------|
| 100  | 11111  | 546   | 0,000 |

5. Press **9** to automatically scroll through the accounts.

*Excel    5/2/00*
*Info Svcs*
*Report goes to Lisa*

The following items usually don't appear on a supply requisition however, should be entered in.

- Account 100  -  Videotapes for # of meetings that month x 2
- Account 540  -  2 videotapes for Planning (TP&Z meetings)

The following accounts that are located on the top floor should be charged for Fax Toner usage and letterhead and envelopes usage.

   124, 302, 520, 540, 550, 635, 830

These are set up as the first few items on the supply drop down box beginning with "8/"

When you have completed entering all supplies, including the copy paper used that month, close the supply entry form, choose the report folder, and open "**Monthly Supply Usage by Team – Individual**" report. Go into the design mode and change the text at the page header to read **"Supplies used for the month of {that month}"**. Proceed to print a copy of the report.

Open "**Monthly Supply Usage by Team – Total**" report. Go into the design mode and change the text at the page header to read **"Supplies used for the month of {that month}"**. Proceed to print 2 copies of the report. **1** for finance, **1** to be filed in the monthly folder

**Compile all information, reports, supply requisitions, receipts and any other pertinent information and secure in a file folder marked with that month and year. Alex knows where the folder is located.**



# STATE OF CONNECTICUT
## DEPARTMENT OF PUBLIC HEALTH

*[Handwritten notes in margin: Pat, Thelma, Alice, Elka, file in ay.]*

Date:   October 10, 2000

To:     Town Clerks/Registrars of Vital Statistics

From:   Dianne Gustafson, Med. Rec. Tech. 2
        Quality Assurance/Vital Records

Re:     Correction/Verification of Death Certificate Data

There are several areas on death certificates where the recording of information continues to be problematic. As a result, these continue to be reported out on monthly error listings and require correction/re-keying before we can complete each month's mortality processing.

These areas are noted below with guidelines for correct recording:

1. **Place of Death:** (Items 10 and 11 on the medical examiner certificate and 10 on the regular death certificate)

The name of the facility or location where the person died is required for the place of death item. If the person died at a residence (his own or someone else's), the street address should be recorded as the place of death (see example "c" below).

Examples:
a. <u>Death in a hospital:</u>
The name of the hospital should be recorded in item 10 and one of the boxes checked to indicate death as DOA, Inpatient or ER/Outpatient. These boxes are referred to as the hospital status.

b. <u>Death in a nursing home:</u>
The nursing home box should be checked and the name of the nursing home recorded in the same box.

c. <u>Death at a residence:</u>
The residence box should be checked and the street address where the death occurred should be recorded in the same box.

2. **Race:**
Do not leave this item blank. If it is blank, check with the funeral director or other reliable source (e.g. hospital or nursing home). We are federally required to report this item, so we must record it. If the information cannot be obtained, record "unknown" on the certificate.



Phone:
Telephone Device for the Deaf (860) 509-7191
410 Capitol Avenue - MS # 11 VRS
P.O. Box 340308 Hartford, CT 06134
*An Equal Opportunity Employer*

-5-

## HUNTING & FISHING – Yearly:

When licenses are received from DEP for new year (usually in late November or early December), numbers should be verified against packing list received with licenses. Any discrepancies should be reported to DEP immediately.

New licenses may be sold in December, using actual sale date, although they are not valid until January 1. When submitting monthly report for December, two reports should be prepared, one for current year licenses sold in December, and one for new year licenses sold in December.

Press release may be issued announcing when new licenses are available.

Annual report of licenses sold is prepared early in January and submitted to DEP. All licenses must be accounted for, missing licenses must be paid for, and unused licenses returned to DEP.

If agents have returned voided licenses during the year, a voucher should be given to Finance to return the amount they initially paid for these licenses.

VAX database should be purged of any licenses issued over 5 years ago, as these are no longer needed for verification of previous license.

JUL 3 0 1999

Numbers and other things –

Code for the copiers (up and down) 34342

Pick up messages on 1902 – press 1945 at prompt key in 1902 at security code prompt key in #1998. To listen to a message hit 5 - to save a message hit 7, to delete a message hit 3, to hear the same message again hit 2, to hear the time it was left hit 8.

LAWSUIT – go to the directory "Clerk" find last file in directory "Wolff" write the new information over the last "lawsuit" distribution. Fax a copy to Wolff Zackin (don't forget to change the number of pages you are faxing). The distribution list always includes the finance director (Don), the risk manager (Scott), the insurance company (Wolff Zackin) besides the fax send a copy in the mail, the town attorney, the town manager, our file – and add anyone who will be affected by the suit. For instance if it involves the police a copy to Kevin Searles, if it involves a sidewalk or street a copy to Wayne Radke, etc.

ELECTION/PRIMARY INFORMATION – check the election folder on the table behind my desk. There is a copy of an election calendar -- it gives dates and deadlines. For instance absentee ballots will be available for the Primary on August 24. We cannot do anything on this until we know who is in the primary. Before they can be listed they have to turn in petitions to the Registrars who will verify them. Petitions must be submitted to the Registrars by 4 p.m. on August 11.

You can leave a message for me at 1-216-781-5751 and I will get back to you.

#1 (upstairs)

1 ENTER 34342
2 press AUDITRON
3 press P 15
4 press - start
5 write the # that appears on the screen this is the reading for Xerox.
6 Press C to clear + exit

\# 1122024

#2
also BR-35

SUR 042330
Serial #

1 800-891-8405
Terrence Warner