## Quin, Kathy

**To:** Napoleone, Elvira
**Subject:** RE: Deputy Town Clerk

Alice's schedule will allow her to be here until we fill this position, however, that is subject to the approval of the Town Manager. He is the one who said that we must replace Alice and he felt that we would have no problem finding someone with her ability.

-----Original Message-----
**From:** Napoleone, Elvira
**Sent:** Thursday, October 12, 2000 8:53 AM
**To:** Quin, Kathy
**Subject:** Deputy Town Clerk

Kathy:

I received your note with the Deputy Town Clerk applicants. We will rerun the ad. I think this time we should have the educational requirements listed as they appear in the job description as this will help attract better, qualified applicants. I will retype the ad and email it to you. Dede will be in tomorrow and I will discuss this with her as well.

When are you looking to fill the position? Knowing your deadline will help me to know when I should place the ad in the paper, website, etc...

Thank you,

Elvira

1