
DEFENDANT'S
EXHIBIT NO. 15
FOR IDENTIFICATION
DATE: 4-2-04    RPTR:

May 15, 2000

TO: Kathy Quin
    Town Clerk
FR: Pat Massey
    Deputy Town Clerk

RE: Your memo dated May 5, 2000

Your comments concerning the quarterly billing report are well taken. I should have done everything you mentioned. Given the chance to complete the next quarter's report will afford the opportunity to put into practice the lesson learned from doing it incorrectly this first time.

What would work for the future in completing this report, is the creation of a Knowledge Management System – a system of written procedures, especially in the case of quarterly reports. Not only would such a system be helpful to me, but would allow for anyone coming on-board a smoother transition to office protocol. The basic guidelines included in this billing operations procedural manual, (written in clear, concise language of course) could be made readily accessible for this function and other office tasks as well. Similar to the procedures I used when reading the copiers. The benefits of having such a system of standardized procedures in place makes it much easier to complete the task(s) without reliance upon disconnected notes, long-distance phone calls when one person is on vacation; and discussions held standing by my desk would be a thing of the past. Miscommunication, poor communication or no communication invariably creates problems.

More importantly, if one person is on an extended or overseas vacation; and the person left behind in the office happens to get seriously ill or have an accident that leaves them hospitalized, missions may still be accomplished.

While it is true we have instructions in front of most folders where information about the task is maintained, it makes good business sense to have a centralized "How-to" procedures system as well. This is simply a suggestion and a pretty good one I might add. Please understand that it is not my intention to ruin the reputation of the Town Clerk's office or stain the reputation of the Town of Windsor in any way, shape or form. I too work here and workplace pride and the satisfaction that comes from a job done well (and well done) is just as important to me.

24

-2-

I need to clarify the second issue pertaining to the inquiry from the Health Dept on the Rabies Clinic. I did not speak directly with anyone concerning this matter. Alice asked me if I had any instructions from you and I responded that I did not. It was suggested that I pass this by you when you called in or when I placed a call to you. I did just that. In the future, when this question comes up, your suggested response will by my response. I will be more than delighted to issue dog tags at next years' Rabies Clinic. Again, if that Knowledge Management System suggestion is accepted, this will include practical procedures for handling this task as well.

The third incident, I'd like to clarify involved a phone call which I answered. The caller was not from the Board of Education. The caller indicated that someone from the Board of Education told her to call the Town Clerk's office to inquire about a notary public. The caller did not specifically ask if someone from our office would attend a meeting to acknowledge permission slips for an upcoming trip by Sage Park students. She was just looking for a notary.

Ordinarily, I would have had no problem attending an evening meeting to accommodate the citizens of Windsor. However, in this instance, my schedule did not permit me to attend any evening meetings the first two weeks in May.

Not only am I willing (with prior notice) to make myself available to our citizens in the evening hours, I am usually at work weekdays 20-30 minutes prior to the 8:00AM opening for citizens who arrive at our door before our regularly scheduled office hours.

I have no problem with starting immediately to share evening and weekend duties of this office with at least a days' prior notice.

My lack of attention to details in dealing with financial matters could be helped by continued actual hands-on training and practice in these tasks and specifically, in the case of the quarterly financial reports, the preparation of clear, concise, detailed written procedures.

To address your inquiry as to training...so far, some personal training has taken place in vitals reporting to the state and fish & game reporting to the state this quarter (March. April, May). Most training has been the more expensive trial-and-error. Has there been other training provided? I may have been told about a task, however, this doesn't qualify as training; although telling me is an aspect of training. So then when asked for" suggestions as to additional training which

-25

we might undertake", are you speaking in terms of what training can be provided in the town clerk's office? Or through the use of seminars, courses or both. From where I stand it looks like all of the above.

In general, communications training that teaches both sides of the communication process—speaking and listening is a place to start.

If there is a true plan to help me resolve my problem(s), then the best place to start is the establishment of performance evaluation "expectations" that speak directly to the tasks I perform in this office. This data as part of my assessment would offer a base-line from which to begin to measure the actual results achieved at the end of a specified period. Proper design and use of such a system will solve almost any problem.


Patricia A. Massey
Deputy Town Clerk


cc: Personnel File

-26