# TOWN OF WINDSOR
## Bi-weekly Performance Appraisal

Name: Patricia Massey
Date: 9/17/2001

Department: Town Clerk's Office
Position: Deputy Town Clerk

DEFENDANT'S EXHIBIT NO. 10 FOR IDENTIFICATION DATE: 4-2-04  RPTR:

| PERFORMANCE OBJECTIVES | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| 1. Accurate Data Entry of Land Records | ☐ | ☐ | ☐ | ☐ | X |

Comments:

Last December Patricia and I agreed that our Performance Standards for the Accurate Data Entry of Land Record Data would be 95% after two months employment.

Attached are the results for the last two weeks. These results are

2. Timely Entry of Land Records

Comments:

On numerous occasions I have informed Patricia that she must ( land records by 4 PM. The reason for the deadline is to give me the records so that corrections can be made by 5 PM.

During this two-week reporting period the deadline was not me

General Comments:

During this period, Patricia was unable to perform routine daily
For example:
➢ Accessing voicemail on our main line.
➢ Filling out a Direct Payment form
➢ Knowing the location of office supplies.

During this period, Patricia refused to discuss or set goals or to discuss what she would do differently to improve her work performance.

During this period I called Patricia's attention to a mistake handling a financial transaction, which was her responsibility. Patricia failed to undertake an investigation and, consequently, I had to spend 12 hours of my time to research the transaction and respond to the customer, Windsor's Finance Department and the State Revenue Services Department.

*Handwritten note:* Pat — Please sign this copy for your Personnel file. 9-18-01 K.
*Handwritten reply:* There's no need for a signature. Just place it in the file as is. Pat

Signature of Supervisor:
*Kathleen K. Twin* (signature)

Signature of Employee:

Original to Personnel for filing in employees record.    Copy to employee.

# TOWN OF WINDSOR
## Bi-weekly Performance Appraisal

Name: Patricia Massey
Date: 10/01/2001

Department: Town Clerk's Office
Position: Deputy Town Clerk

DEFENDANT'S EXHIBIT NO. 11 FOR IDENTIFICATION DATE 4-2-04 RPTR: FT

10-1

*Pat — Please signore copy for personnel K.S.*

*I will not sign this copy or any other copy. Pat*

| | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|

### PERFORMANCE OBJECTIVES

**1. Accurate Data Entry of Land Records**

Comments:

Last December Patricia and I agreed that our Perfo[rmance Objective for Accurate] Data Entry of Land Record Data would be 95% after [...]

Attached are the results for the last two weeks. Thes[e ...]

Rating: Unacceptable (X)

**2. Timely Entry of Land Records**

Rating: Unacceptable (X)

Comments:

As noted in my September 17 performance appraisal, I have, on numerous occasions informed Patricia that she must complete the daily entry of land records by 4 PM. The reason for the deadline is to give me an opportunity to review the records so that corrections can be made by 5 PM. During this two-week reporting period the deadline was not met. At 5 PM on Thursday, September 27, I asked Patricia when she would have the report to me. Her reply was that I knew how to run the report and, therefore, can run one for myself at anytime.

Patricia is making errors on the corrections that I return to her. For example: documents #5515 and 5516 were to be corrected; instead Patricia changed #5514 and #5515 — this resulted in an error in #5514 and an uncorrected error in #5516. Document 5149 was to be corrected by adding an additional grantor. Instead, Patricia added the grantor as a grantee.

Patricia does not follow instructions from the customer. For example document #5203, a mortgage was to be returned to the bank; instead, Patricia was returning it to the attorney — he only wanted the recording information and provided a letter and self-addressed stamped envelope for this information.

General Comments

Upon returning from a two-day vacation, I found three days of cash register receipts in the safe. I asked Patricia why she had not done the daily cash register reconciliation and deposited the money in finance. Her answer was, "I just don't do it anymore."

On September 7, I asked Patricia for a doctor's note to validate an unscheduled absence. As of today, October 1, 2001, I have not received it.

Signature of Supervisor:

*Kathleen K. Quinn 10/1/01*

Original to Personnel for filing in employees record.

Signature of Employee:

Copy to employee.

27

# TOWN OF WINDSOR
## Bi-weekly Performance Appraisal

DEFENDANT'S EXHIBIT NO. 12 FOR IDENTIFICATION DATE 4-2-04 RPTR Fr

Name: Patricia Massey
Date: 10/15/2001

Department: Town Clerk's Office
Position: Deputy Town Clerk

| PERFORMANCE OBJECTIVES | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| 1. Accurate Data Entry of Land Records | ☐ | ☐ | ☐ | | X |
| 2. Timely Entry of Land Records | ☐ | ☐ | ☐ | ☐ | X |

**Comments (1):**

Last December Patricia and I agreed that our Performance Standards for the Accurate Data Entry of Land Record Data would be 95% after two months employment.

Attached are the results for the last two weeks. These results are unacceptable.

**Comments (2):**

As noted in my previous performance appraisals, I have, on numerous occasions informed Patricia that she must complete the daily entry of land records by 4 PM. The reason for the deadline is to give me an opportunity to review the records so that corrections can be made by 5 PM. During this two-week reporting period the deadline was met once. On two occasions the data entry was not completed at the end of the day. On Tuesday, October 9, I completed the data entry for the 9th after 5 PM and on the morning of October 11, Patricia completed the data entry for October 10th.

On October 11th Patricia took in a record after 4:30 PM and gave it a volume and page number with the intention that it would be the first record time stamped on October 12. This is customary for a late recording - the money is then to be clipped to the document to be rung up on the day that the record is entered. Patricia was not in on October 12 and we have not been able to find the money that should have accompanied this transaction.

General Comments:

Upon returning from a two-day town clerk conference, I found three days of cash register receipts in the safe. I mentioned to Patricia that we had this same problem during the previous reporting period and asked why she had not done the daily cash register reconciliation and deposited the money in finance. She did not answer my question.

On September 7, I asked Patricia for a doctor's note to validate an unscheduled absence – on October 9th I informed Patricia that I would need this note by Monday, October 15. Patricia informed me that her daughter was over 21 and was not required to give me a note disclosing her illness. I explained to Patricia that the note from the doctor needn't state her daughter's illness, it was just to verify that it was necessary for Patricia remain with her for the week. I then gave Patricia a copy of the personnel rules to validate my request.

On Friday, October 5, I asked Patricia to review four absentee ballot applications and to issue these absentee ballots. On the first ballot, Patricia entered an incomplete name, an incorrect ballot number and issued the ballot to the wrong address. We reviewed her data entry errors and she completed the next three ballots on her own. When these were completed, I again reviewed for accuracy. On one ballot the address was incorrect and on the second ballot the address was incomplete – leaving off the State and the Zip Code. These envelopes are attached.

Patricia has difficulty planning and organizing her work. For example, we have been asked by the Healthy Community team to issue prepackaged materials to new parents upon receiving a birth certificate. On Monday, October 8, I asked Patricia to address these envelopes. I found that Patricia was hand writing the names and addresses of the recipients from the certificates onto a pad, which she would than use to type out labels or to type directly on the envelope. I suggested that if the names and addresses were typed directly onto a label template on the computer or directly onto the envelope in the typewriter it would decrease the possibility of error and it would save the time it was taking to hand write this information.

Signature of Supervisor:

_Kathleen K. Turin_ (signature)

Original to Personnel for filing in employees record.

Signature of Employee:

_____

Copy to employee.

45

# TOWN OF WINDSOR
## Bi-weekly Performance Appraisal

Name: Patricia Massey  
Date: 10/29/2001  

Department: Town Clerk's Office  
Position: Deputy Town Clerk

| PERFORMANCE OBJECTIVES | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| 1. Accurate Data Entry of Land Records | ☐ | ☐ | ☐ | ☐ | X |

**Comments:**

Last December Patricia and I agreed that our Performance Standards for the Accurate Data Entry of Land Record Data would be 95% after two months employment.

Attached are the results for the last two weeks. These results are unacceptable.

| | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| 2. Timely Entry of Land Records | ☐ | ☐ | ☐ | ☐ | X |

**Comments:**

As noted in my previous performance appraisals, I have, on numerous occasions informed Patricia that she must complete the daily entry of land records by 4 PM. The reason for the deadline is to give me an opportunity to review the records so that corrections can be made by 5 PM. During this two-week reporting period the deadline was met twice. On October 17 & 18, I received the completed the data entry by 4 PM and on one other occasion October 19, I received a partial print out at 4 PM and the balance of the days work (everything filed after 12:07 PM) after 5 PM

On October 11th Patricia took in a record after 4:30 PM and gave it a volume and page number with the intention that it would be the first record time stamped on October 12. This is customary for a late recording - the money is then to be clipped to the document to be rung up on the day that the record is entered. . Patricia was not in on October 12 and we were not been able to find the money that should have accompanied this transaction. – On Monday, October 15, Patricia said she didn't know where the money was and wrote to the customer. Patricia had not advised the customer that there was a fee and did not collect $13 for this transaction. The customer mailed a check and we adjusted our accounts on October 19.

On Tuesday, October 16, Patricia opened the mail and put the recordings in the land folder. It is expected that the recordings have been time stamped, document numbered and given a volume and page number. However, as Patricia entered the records later that day, she found that the documents received in the morning mail had not been processed. At that time, she hand stamped the time received as between 3 PM and 3:30 PM.

On Thursday, October 18, as I reviewed the recordings, I found that a document had been processed for Windsor, but the property description was in Berlin CT. Patricia said that she noticed it, but processed it nonetheless. I asked her to notify the attorney's office and ask them to fax us the correct property description. Had this not been done, it would have resulted in complications for the developer, the purchaser and the attorney.

46

General Comments:

On Thursday, October 18, a resident came into our office to register to vote. Patricia informed her that we would be happy to accept her registration, however, she (the new voter) was registering too late to vote in the November election. This statement was made even though, in early October, I gave everyone in our office a paper containing the important dates – this included the last day to register and be eligible to vote in the November 6 election – October 23. I also made a point to let everyone know that a copy of this information was on the large table with all of our election supplies and information.

On Thursday, October 25, I found three checks on the counter – Patricia was out to lunch and no one knew what the checks were for. When Pat returned from lunch we found that these checks were for land transactions filed and processed, but the financial part of the transaction had not been completed. To determine this, Patricia had to spend approximately 15 minutes researching the journal tape on the cash register and comparing the tape to the daily transactions.

On September 7, I asked Patricia for a doctor's note to validate an unscheduled absence – on October 9th I informed Patricia that I would need this note by Monday, October 15. Patricia informed me that her daughter was over 21 and was not required to give me a note disclosing her illness. I explained to Patricia that the note from the doctor needn't state her daughter's illness, it was just to verify that it was necessary for Patricia to remain with her for the week. I then gave Patricia a copy of the personnel rules to validate my request. As of today, October 29, I have not received this doctor's note.

Signature of Supervisor:

*Kathleen Kalin* (signature)

Original to Personnel for filing in employees record.

Signature of Employee:

_____

Copy to employee.

47