# TOWN OF WINDSOR
## Performance Appraisal

1. Employee appraisals are based on five performance standards that are common to all staff.
2. There are also up to six performance objectives that are defined jointly by the employee and supervisor.

| | |
|---|---|
| Name: Patricia Massey | Department: Town Clerk's Office |
| Date: 10/10/00 | Position: Deputy Town Clerk |
| Last Review: 9/14/99 | ☐ Mid-Year   ☒ Annual |

**Vision:** To create an environment where dreams can come true for individuals, families, & businesses.

### Core Values:

1. Innovation    2. Responsiveness    3. Passion    4. Integrity    5. Partnership

### Purpose of the Appraisal System

1. Serve as a forum for career planning and training opportunities.
2. Provide direct, constructive feedback, identifying strengths and areas needing improvement.

*Rating Scale*

**OUTSTANDING:** Consistently performs high quality of work and far exceeds expectations. Consistently exercises initiative and resourcefulness and performs exceptionally well. May have exhibited rare achievement.

**EXCEEDS EXPECTATIONS:** Performance is consistently up to standards and sometimes exceeds expectations. Work is done consistently so that objectives are exceeded and successfully meets difficult challenges and new assignments.

**COMMENDABLE:** Adequately performs in a competent, effective manner. Performance meets standards. Knowledgeable and skilled to perform duties.

**MARGINAL:** Performance is below expectations. Sometimes meets standards, but often falls below it. Improvement is required to meet the full standards of the position.

**UNACCEPTABLE:** Performance is totally unsatisfactory. Amount of work done is insufficient and falls below minimum standards. Requires immediate attention since continued performance at this level is unacceptable.

| | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| **PERFORMANCE OBJECTIVES** | | | | | |
| 1. Organizing work | ☐ | ☐ | ☐ | ☐ | X |
| 2. Accurate Data Entry | ☐ | ☐ | ☐ | ☐ | X |
| 3. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6. | ☐ | ☐ | ☐ | ☐ | ☐ |
| **INNOVATION** | | | | | |
| 1. Contributions and participation in effort to improve products and services. | ☐ | ☐ | ☐ | ☐ | X |
| 2. Willing to take risks and try new things. Initiative. | ☐ | ☐ | ☐ | ☐ | X |
| 3. Cost benefit analysis to keep in line with competitive organizations. | ☐ | ☐ | ☐ | ☐ | X |

Remarks:
There has been no personal initiative or any suggestions being made to improve our services and products. Pat needs to understand that the length of time it takes to accomplish a job is one cost factor and the high cost of reviewing work for quality is another and that together the cost for her work is higher than any analysis would show that it should be.

| | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| **RESPONSIVENESS** | | | | | |
| 1. Tangibles - appearance of physical facilities, equipment, and communication materials. | ☐ | ☐ | ☐ | X | ☐ |
| 2. Reliability - ability to perform the service dependably and accurately. | ☐ | ☐ | ☐ | ☐ | X |
| 3. Responsiveness - willingness to help customers and to provide prompt service. | ☐ | ☐ | X | X | ☐ |
| 4. Assurance - knowledge and courtesy and ability to convey trust and confidence. | ☐ | ☐ | ☐ | ☐ | X |
| 5. Empathy - provision of caring, individualized attention. | ☐ | ☐ | ☐ | ☐ | X |

Remarks:
Pat needs to understand that she should be concerned with office coverage and show concern and appreciation for the workload that must be picked up by the office staff during her absences or due to rework. Pat needs to be consistent in her responsiveness to customers and staff and realize that she cannot be friendly and helpful sometimes and unfriendly and unhelpful at other times.

| | Outstanding | Exceeds Expectations | Commendable | Marginal | Unacceptable |
|---|---|---|---|---|---|
| **PASSION** | | | | | |
| 1. Completeness, accuracy, and thoroughness of work assignments. | ☐ | ☐ | ☐ | ☐ | X |
| 2. Delivery of products/services. Meets deadlines. Actual work output. | ☐ | ☐ | ☐ | ☐ | X |
| 3. Trains and participates in efforts to improve quality. | ☐ | ☐ | ☐ | ☐ | X |
| Remarks: Despite repeated training, daily work reviews, and communicating the importance of accuracy and thoroughness of work assignments Pat's work is unacceptable. Pat needs to realize that the work of the clerk's office includes accurate record keeping and data entry and having information correct and available when the customer needs it. | | | | | |
| **INTEGRITY** | | | | | |
| 1. Adherence to organizational policies and procedures. (Attendance, time, etc.) | ☐ | ☐ | ☐ | ☐ | X |
| 2. Respects values of organization and commitment to vision. | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3. Self-direction/personal and professional integrity. | ☐ | ☐ | ☐ | ☐ | X |
| Remarks: Our organization policies and procedures require that an employee contact her supervisor when she is unable to come to work due to illness. However, when Pat was out, she communicated through the Personnel Department. During her disability leave, we were unable to communicate with her and the Personnel Director had to contact her through the mail. The purpose of keeping the employer informed is to assure sufficient staffing of the office.<br>Number 2 is not something that I have observed.<br>Self-direction is a matter of personal initiative. Pat needs to undertake assignments on her own initiative and not wait to be told what to do next. | | | | | |
| **PARTNERSHIP** | | | | | |
| 1. Works with others to accomplish goals and objectives. Collaborates. | ☐ | ☐ | ☐ | ☐ | X |
| 2. Responsible/accountable for making parallel organization work. | ☐ | ☐ | ☐ | ☐ | X |
| 3. Partnerships with other towns; within community; within organization. | ☐ | ☐ | ☐ | ☐ | X |
| Remarks: There is no collaboration – Pat does not seek out new tasks or show enthusiasm about the work processes in the clerk's office. There is no expressed concern with office coverage or status of projects. Pat fails to communicate. For example, Pat's participation on the Camaraderie Task Team, was conveyed to me through an email, "Before I forget to mention it...I have a Camaraderie Task Team meeting on Tuesday afternoon from 2-3pm." There was no previous discussion about participation or how we could work together to facilitate her attendance, or what arrangements I could make for office coverage to make it possible for her to attend these meetings. | | | | | |

Signature of Manager/Director _Kathy Quin_    Signature of Employee _Pat Thomas_

10/20/00

Comments on overall appraisal:

After two years as the Deputy Town Clerk, Pat is unable to take over the responsibilities of this office in my absence. Unless there is improvement within three months in the areas I have described above, it will be necessary to recommend Pat's separation from this office.

## PROFESSIONAL DEVELOPMENT

Specific skills/knowledge/areas that need to be developed/strengthened during the next appraisal period:

1. Complete Connecticut Town Clerks' School in December and complete certification in June
2. Take courses in data entry
3. 
4. 
5. 

Training & Development Plan (specify time frame):

High Performance Organization Training – Fall 2000.

Education or Training since last review:

Until April 2000 Pat and I were meeting on a monthly basis with the Personal Director to help Pat improve. At least once a month since that time Pat and I have met to review her work and I have instructed her on work procedures and practices. Others in the office work with Pat on a daily basis to train her in order to reduce the number of errors.

# TOWN OF WINDSOR
## Performance Appraisal

*My copy - to be used for discussion only. When we met KO had already typed out the form and just wanted me to sign it.*

1. Employee appraisals are based on five performance standards that are common to all staff.
2. There are also up to six performance objectives that are defined jointly by the employee and supervisor.

Name: *Patricia A Massey*       Service Unit/Team: *Info Svcs*
Date: *October 20, 2000*          Position: *Deputy Town Clerk*
Last Review: _____              ☐ Mid-Year            ☒ Annual

DEFENDANT'S EXHIBIT NO. 9 FOR IDENTIFICATION DATE 4/20 RPTR

**Vision:** To create an environment where dreams can come true for individuals, families, & businesses.

### Core Values:

1. Innovation   2. Responsiveness   3. Passion   4. Integrity   5. Partnership

### Purpose of the Appraisal System

1. Serve as a forum for career planning and training opportunities.
2. Provide direct, constructive feedback, identifying strengths and areas needing improvement.

### Rating Scale

**OUTSTANDING:** Consistently performs high quality of work and far exceeds expectations. Consistently exercises initiative and resourcefulness and performs exceptionally well. May have exhibited rare achievement.

**EXCEEDS EXPECTATIONS:** Performance is consistently up to standards and sometimes exceeds expectations. Work is done consistently so that objectives are exceeded and successfully meets difficult challenges and new assignments.

**COMMENDABLE:** Adequately performs in a competent, effective manner. Performance meets standards. Knowledgeable and skilled to perform duties.

**MARGINAL:** Performance is below expectations. Sometimes meets standards, but often falls below it. Improvement is required to meet the full standards of the position.

**UNACCEPTABLE:** Performance is totally unsatisfactory. Amount of work done is insufficient and falls below minimum standards. Requires immediate attention since continued performance at this level is unacceptable.

| PERFORMANCE OBJECTIVES | OUTSTANDING | EXCEEDS EXPECTATIONS | COMMENDABLE | MARGINAL | UNACCEPTABLE |
|---|---|---|---|---|---|
| 1. Quality of work: thoroughness + accuracy of work | | | X | | |
| 2. Quantity of work; actual work output: meets proj. D/L | | | X | | |
| 3. Accepts direction & responsibility: accountability, direction, willingness to receive instruction + constructive criticism. | | X | | | |
| 4. EE's work relationships: develops + maintains effective working relationships w/ fellow workers | | X | | | |
| 5. Public contact: ability to deal with the public in a considerate, responsive manner | X | | | | |
| 6. Attendance: adheres to appropriate breaks during working hrs, does not abuse sick leave or other types of leave, etc | X | | | | |

### INNOVATION

1. Contributions and participation in effort to improve products and services.
2. Willing to take risks and try new things. Initiative.
3. Cost benefit analysis to keep in line with competitive organizations.

Remarks: These job factors read quite well, however my assignment in this area up until approx 6 months ago involved indexing land records & trying to improve my error ratio. I envision that as my overall competency improves, so will my exposure to other products & services. As will my ability to initiate and/or create solutions to business challenges.

### RESPONSIVENESS

1. Tangibles - appearance of physical facilities, equipment, and communication materials.
2. Reliability - ability to perform the service dependably and accurately.
3. Responsiveness - willingness to help customers and to provide prompt service.
4. Assurance - knowledge and courtesy and ability to convey trust and confidence.
5. Empathy - provision of caring, individualized attention.

Remarks: Great Factors! I've got routine responsibilities to some extent, however no two days are ever the same. This is the exciting part of the job, as well as when the needs of the citizenry are met in a friendly manner. Direct involvement in a positive endeavor is exciting... and most customers love it!

-36

|  | OUTSTANDING | EXCEEDS EXPECTATIONS | COMMENDABLE | MARGINAL | UNACCEPTABLE |
|---|---|---|---|---|---|
| **PASSION** | | | | | |
| 1. Completeness, accuracy, and thoroughness of work assignments. | | | | | |
| 2. Delivery of products/services. Meets deadlines. Actual work output. | | | | | |
| 3. Trains and participates in efforts to improve quality. | | | | | |

Remarks: Accuracy undergirds all that is done in this position. Realizing the impact on the life of another is emotional. Passion speaks directly to quality of Performance. It speaks to providing the best service one possibly can.

|  | | | | | |
|---|---|---|---|---|---|
| **INTEGRITY** | | | | | |
| 1. Adherence to organizational policies and procedures. (Attendance, time, etc.) | | | | | |
| 2. Respects values of organization and commitment to vision. | | | | | |
| 3. Self-direction/personal and professional integrity. | | | | | |

Remarks: Great Performance Factor. Acting in line with corporate beliefs is no problem as long as corporate beliefs do not conflict with personal beliefs... making a positive contribution to others in a very specific way each & every day

|  | | | | | |
|---|---|---|---|---|---|
| **PARTNERSHIP** | | | | | |
| 1. Works with others to accomplish goals and objectives. Collaborates. | | | | | |
| 2. Responsible/accountable for making parallel organization work. | | | | | |
| 3. Partnerships with other towns; within community; within organization. | | | | | |

Remarks: Great Performance Factor! Interdependence or "group glue". A bigger picture painted by the individualized efforts of many working together.

Signature of Manager/Director _Kathy Quin_   Signature of Employee _Catrin A Mason_
10/20/00

Comments on overall appraisal:

- Reserve to submit at a later date.

-3-

37

## PROFESSIONAL DEVELOPMENT

Specific skills/knowledge/areas that need to be developed/strengthened during the next appraisal period:

1. Problem Analysis/Decision-making in order to be more comprehensive in situations
2. Detail-oriented - a skill such as being detail-oriented presents a performance problem that is not susceptible to training per se.
3. Mentoring & on-going coaching are more effective and efficient. This has not happened in this position and is not likely to be done in the future. Documentation of extensive training is exaggerated.
4.
5.

Training & Development Plan (specify time frame):

Nov 2000 - HPO training
Spring 2001 - resume graduate studies towards MBA (evenings)
Continued life-long learning, personal enrichment and development of new skills throughout the Millennium.

Education or Training since last review:

Conversational Spanish course - 1999
CPR Course - Health Dept - 1999
Town Clerk School

-4-

-38