OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF September 3 to September 7

## PERFORMANCE RATING FOR THE WEEK

| | September 3<br>LABOR DAY | September 4<br>62 records  13 errors | September 5<br>43 records  9 errors | September 6<br>22 records  9 errors | September 7<br>139 records  9 errors |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | | | | | |
| 80% | | ∀ 16% below P.S. | | | |
| 70% | | 79% | ∀ 16% below P.S. 79% | | |
| 60% | | | | ∀ 36% below P.S. 59% | |
| 50% | | | | | ∀ 18% below P.S. 77% |
| 40% | | | | | |

∀ Performance

∀ Expected Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF September 10 to September 14

## PERFORMANCE RATING FOR THE WEEK

| | September 10 | September 11 | September 12 | September 13 | September 14 |
|---|---|---|---|---|---|
| | 25 records 4 errors | 19 records 4 errors | 29 records 3 errors | 16 records 1 errors | 26 records 26 errors |
| 100% | | | | | |
| 90% | ∇ 11% below P.S. | | ∇ 5% below P.S. 90% | ∇ 1% below P.S. 94% | |
| 80% | 84% | ∇ 16% below P.S. 79% | | | |
| 70% | | | | | |
| 60% | | | | | |
| 50% | | | | | |
| 40% | | | | | ∇ 100% below P.S. 0% |

∇ Performance
∇ Expected Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF September 17 to September 21

## PERFORMANCE RATING FOR THE WEEK

| | September 17<br>27 records 5 errors | September 18<br>21 records 4 errors | September 19<br>38 records 6 errors | September 20<br>22 records 2 errors | September 21<br>19 records 2 errors |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | ⩔ 19% below P.S. | ⩔ 19% below P.S. | | | |
| 80% | 81% | 81% | ⩔ 16% below P.S.<br>84% | | |
| 70% | | | | ⩔ 4% below P.S.<br>91% | |
| 60% | | | | | ⩔ 6% below P.S.<br>89% |
| 50% | | | | | |
| 40% | | | | | |

⩔ Expected Performance

⩔ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF September 24 to September 29

## PERFORMANCE RATING FOR THE WEEK

| | September 24<br>47 records 25 errors | September 25<br>19 records 6 errors | September 26<br>15 records 8 errors | September 27<br>36 records 10 errors | September 28<br>53 records 16 errors |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | | | | | |
| 80% | | | | | |
| 70% | ⋁ 53% below P.S. | | | | |
| 60% | | ⋁ 32% below P.S. | | 72% | 70% |
| 50% | | 68% | ⋁ 53% below P.S. | ⋁ 28% below P.S. | ⋁ 30% below P.S. |
| 40% | 47% | | 47% | | |

⋁ Expected Performance
⋁ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF : October 1 to October 5, 2001

## PERFORMANCE RATING FOR THE WEEK

| | October 1<br>44 records 13 errors | October 2<br>17 records 8 errors | October 3<br>23 records 6 errors | October 4<br>21 records 7 errors | October 5<br>28 records 3 errors |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | | | | | 89% |
| 80% | ▽ 25% below P.S. | | | ▽ 28% below P.S. | ▽ 6% below P.S. |
| 70% | 70% | ▽ 42% below P.S. | ▽ 21% below P.S. | | |
| 60% | | | 74% | 67% | |
| 50% | | 53% | | | |
| 40% | | | | | |

▽ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF : October 8 to October 12, 2001

## PERFORMANCE RATING FOR THE WEEK

| | October 8<br>6 records 3 errors | October 9<br>3 records 2 errors* | October 10<br>38 records 11 errors | October 11<br>17 records 6 errors | October 12<br>Absent |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | | | | | |
| 80% | | | | | |
| 70% | | | 71% | | |
| 60% | | | | 65% | |
| 50% | 50% | | | | |
| 40% | ⋁ 45% below P.S. | ⋁ 62% below P.S. | ⋁ 24% below P.S. | ⋁ 30% below P.S. | |
| 30% | | 33% | | | |

⋁ Performance
*Patricia entered only three documents and noted that she would complete on Wednesday morning.

Week of October 15 to October 19

MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

## PERFORMANCE RATING FOR THE WEEK

| | October 15<br>42 records 8 errors | October 16<br>30 records 5 errors | October 17<br>8 records 2 errors | October 18<br>19 records 2 errors | October 19<br>20 records 7 errors |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | ➤ 14% below P.S. | ➤ 12% below P.S. | ➤ 20% below P.S. | ➤ 6% below P.S. | ➤ 30% below P.S. |
| 80% | | 83% | | 89% | |
| 70% | 81% | | | | |
| 60% | | | | | 65% |
| 50% | | | 75% | | |
| 40% | | | | | |

- ➤ Expected Performance
- ➤ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF October 22 to October 26

## PERFORMANCE RATING FOR THE WEEK

|  | October 22<br>38 records 10 errors | October 23<br>20 records 5 errors | October 24<br>19 records 2 errors | October 25<br>29 records 4 errors | October 26<br>50 records 14 errors |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | | | | | |
| 80% | ∀ 21% below P.S. | ∀ 20% below P.S. | 89% | | |
| 70% | 74% | 75% | ∀ 6% below P.S. | 86% | |
| 60% | | | | ∀ 9% below P.S. | 67%* |
| 50% | | | | | |
| 40% | | | | | ∀ 28% below P.S. |

∀ Expected Performance

∀ Performance

When Patricia corrected document #5851, she retyped the grantor/grantee entries – in doing so, FAMILY CHOICE MORTGAGE CORP was typed FAMILY CHOICE MORTGAGE CHOICE and WEBSTER BANK was put in as a grantee twice.

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF October 29 to November 2

## PERFORMANCE RATING FOR THE WEEK

| | October 29 | October 30 | October 31 | November 1 | November 2 |
|---|---|---|---|---|---|
| | 54 records 9 with errors | 34 records 6 with errors | 27 records 11 with errors | 32 records 11 with errors | 34 records 11 with errors |
| 100% | | | | | |
| 90% | ∨ 12% below P.S. | ∨ 13% below P.S. | | | |
| 80% | 83% | 82% | ∨ 36% below P.S. | ∨ 29% below P.S. | ∨ 27% below P.S. |
| 70% | | | | | |
| 60% | | | 59% | 66% | 68% |
| 50% | | | | | |
| 40% | | | | | |

∨ Expected Performance
∨ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF November 5 to November 9

## PERFORMANCE RATING FOR THE WEEK

| | November 5 | November 6 | November 7 | November 8 | November 9 |
|---|---|---|---|---|---|
| 100% | | | | | |
| 90% | | | | | |
| 80% | ⋁ 24% below P.S. | ⋁ 42% below P.S. | ⋁ 33% below P.S. | ⋁ 10% below P.S. | ⋁ 24% below P.S. |
| 70% | 71% | | | 85% | 71% |
| 60% | | | 62% | | |
| 50% | | 53% | | | |
| 40% | | | | | |
| | 34 records 10 with errors | 30 records 14 with errors | 32 records 12 with errors | 26 records 4 with errors | 28 records 8 with errors |

⋁ Expected Performance
⋁ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF November 12 to November 16

## PERFORMANCE RATING FOR THE WEEK

| | November 12 | November 13 | November 14 | November 15 | November 16 |
|---|---|---|---|---|---|
| | 12 records 4 with errors | 28 records 8 with errors | 34 records 9 with errors | 38 records 9 with errors | 23 records 5 with errors |
| 100% | | | | | |
| 90% | ∨ 29% below P.S. | ∨ 24% below P.S. | ∨ 21% below P.S. | ∨ 19% below P.S. | ∨ 17% below P.S. |
| 80% | | | | | 78% |
| 70% | | 71% | 74% | 76% | |
| 60% | 66% | | | | |
| 50% | | | | | |
| 40% | | | | | |

∨ Expected Performance

∨ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF November 19 to November 23

## PERFORMANCE RATING FOR THE WEEK

| | November 19 | November 20 | November 21 | November 22 | November 23 |
|---|---|---|---|---|---|
| | 59 records 19 with errors | 34 records 8 with errors | 17 records 4 with errors | Holiday | Holiday |
| 100% | | | | | |
| 90% | ∨ 27% below P.S. | ∨ 19% below P.S. | ∨ 19% below P.S. | ∨ % below P.S. | ∨ % below P.S. |
| 80% | | | | | |
| 70% | | | 76% | | |
| 60% | 68% | 76% | | | |
| 50% | | | | | |
| 40% | | | | | |

∨ Expected Performance
∨ Performance

OUR PERFORMANCE MEASURE IS THAT 95% OF LAND RECORDS PROCESSED PER WEEK WILL BE ERROR FREE.

WEEK OF November 26 to November 29

## PERFORMANCE RATING FOR THE WEEK

|  | November 26 | November 27 | November 28 | November 29 | November 30 |
|---|---|---|---|---|---|
|  | 50 records 19 with errors | 16 records 7 with errors | 29 records 9 with errors |  |  |
| 100% |  |  |  |  |  |
| 90% | ∀ 33% below P.S. | ∀ 39% below P.S. | ∀ 26% below P.S. | ∀ % below P.S. | ∀ % below P.S. |
| 80% |  |  |  |  |  |
| 70% |  |  |  |  |  |
| 60% | 62% | 56% | 69% |  |  |
| 50% |  |  |  |  |  |
| 40% |  |  |  |  |  |

∀ Expected Performance
∀ Performance



Accuracy of Land Records



Number of Land Records



Printed 10/15/01