

First in Connecticut. First for its citizens.



December 10, 2001

Ms. Patricia Massey
Town Clerk's Office
Town of Windsor
Windsor, CT 06095

Dear Ms. Massey:

This is official notification that you are being dismissed from employment with the Town of Windsor effective at the close of business, Friday, December 14, 2001.

This action follows over three (3) years of attempts to improve your performance as Deputy Town Clerk. Unfortunately, all of the efforts have failed to improve your performance to a satisfactory level. In particular, you were given a letter of reprimand documenting the extensive efforts the Town has made over the past three (3) years to try and help you bring your work performance to a satisfactory level.

In the letter, you were advised if there was no improvement within a month, further disciplinary action, including dismissal would be necessary. Attached are the performance ratings for October 29 to November 28. The record shows that there has not been a single day that you have met the performance standard for land records processed.

This cannot continue because, as has been communicated previously, your supervisor can no longer spend hours of her time reviewing and correcting work that you have handed in as complete and correct. Providing accurate records and information is absolutely essential to maintaining the trust and integrity of the Town government.

You have the right to appeal this decision. In particular, the Town Personnel Rules provide that you may appeal this decision to the Town Manager. Section 12-2 of the Personnel Rules provide that you may appeal this decision within five (5) working days to the Office of the Town Manager. If you do not appeal this decision, or if you do and the decision is upheld, the termination of your employment will be effective Friday, December 14, 2001. Until December 14, 2001 you will be placed on paid administrative leave, and you should not report to the Town Clerk's Office.

Town Hall, Windsor, Connecticut 06095-2994    FAX: 860.285.1909

1

December 10, 2001

Very truly yours,

Peter P. Souza
Acting Human Resources Director

KMD/llc