COPY

CERTIFIED MAIL #   7001 0320 0002 8152 4843

To:   R. Leon Churchill, Town Manager, Town of Windsor
From: Patricia A. Massey, Deputy Town Clerk, Windsor
Date: December 13, 2001
Re:   Letter of dismissal from Peter P. Souza dated December 10, 2001
      **Cause of Action: Wrongful Termination**

Dear Mr. Churchill:

Receipt of this letter is notice to you of my intent to appeal my dismissal from employment with the Town of Windsor, as provided for under Section 12-2 of the Personnel Rules.

The official notification which I received on Monday, December 10, 2001 states that the reason for this action (dismissal) follows "over three (3) years of attempts to improve (my) performance as Deputy Town Clerk." The implication being that I'm lacking in a certain ability to comprehend the written and spoken word; and follow through with appropriate action. I submit to you that inadequate performance is rectifiable. Therefore, I appeal your dismissal of me for three (3) years of unacceptable performance on the grounds that the Town of Windsor:

a)  Failed to follow Chapters 8, 11 and 14 of its own Personnel Rules;
b)  Provided inadequate or inconsistent supervision;
c)  Provided inadequate or inconsistent coaching, counseling and discipline;
d)  Demonstrated an inadequate concern for my needs and goals;
e)  Lacks proof to substantiate the claims of extensive training in various aspects of the job, i.e., who, when, where and what was taught;
f)  Removed records or cause to be removed records favorable to my performance from my Personnel File;
g)  Allowed the use of a highly subjective evaluation system to discharge me;
h)  Planned the timing of my dismissal to be mean-spirited;
i)  Was negligent in its duty to train me in accordance with Chapter 14 the Personnel Rules.

Failure to offer alternatives or severance after being involuntarily discharged is further proof of the manner with which my dismissal was (mis) handled. I believe that you want to do the right thing.

For your information, I will be unavailable from December 21st through the 28th.

*Patricia A. Massey*
Patricia A. Massey
508-4137

cc: State of Connecticut, Dept of Labor, 200 Folly Brook Blvd, Wethersfield, CT 06109