

**TOWN OF WINDSOR**

First in Connecticut. First for its citizens.

DEFENDANT'S EXHIBIT NO. 60 FOR IDENTIFICATION 4-2-04

December 28, 2001

Ms. Patricia A. Massey
50 Briarwood Drive
Windsor CT 06095

Dear Ms. Massey:

This letter is in response to the informal hearing attended by you, Ms. Kathy Quinn, Town Clerk, and myself on Thursday, December 20, 2001. I am required to render a decision based on the informal hearing as described in Chapter 12, Section 2 of the Town of Windsor Personnel Rules.

Your letter of December 13, 2001 outlined several items that justified an appeal. However, the informal hearing did not address these items as you wished, but centered on your desires for severance pay. Your separation from the Town of Windsor was for performance reasons rather than a layoff or early separation. These other forms of separation can include severance compensation if deemed appropriate. In addition, you are eligible for unemployment compensation that could address any post-employment financial concerns.

I uphold the termination of employment of December 10, 2001. You have the right to submit your dispute to the advisory arbitration under the Voluntary Labor Arbitration Rules of the American Arbitration Association by notifying them within 10 working days of receiving this decision. In such cases, the Town and the employee shall share the costs of arbitration on an equal basis.

I wish you well on your future endeavors.

Sincerely,

R. Leon Churchill, Jr.
Town Manager

xc:   State of Connecticut Department of Labor