**MARY E. NORRIS, M.D.**
**RICHARD I. STONE, M.D.**
**STEVEN A. GOLDENBERG, M.D.**
Gastroenterology - Internal Medicine

CORPORATE CROSSING ONE • SUITE 201 • 580 COTTAGE GROVE ROAD
BLOOMFIELD, CONNECTICUT 06002 • TELEPHONE 242-5580

DEFENDANT'S EXHIBIT NO. 48 FOR IDENTIFICATION DATE 4-2-04 RPTR

8/22/00

To Whom it May Concern,

Patricia Massey is under my care. Please excuse her from work for medical reasons for two weeks. She may return to work Tuesday, September 5, 2000.

Thank you.

Yours truly,

Steven G. Goldenberg, MD

1

DEFENDANT'S
EXHIBIT NO. 55
FOR IDENTIFICATION
DATE 4-2-04    RPTR

May 20, 2001

Kathy Quin, Town Clerk's Office

I have been attending the Intensive Outpatient Program at John Dempsey Hospital from May 21, 2001 to the present. I attend treatment Monday through Friday and will be out of work temporarily to take care of my medical issues. Therefore, my anticipated return to work date has been re-scheduled from June 4, 2001 to June 30, 2001.

Thank You,

Patricia A. Massey



May 30, 2001

To Whom It May Concern,

Patricia Massey has been attending the Intensive Outpatient Program at John Dempsey Hospital from 5/21/01 to the present for treatment of depression. She attends treatment Monday through Friday and is temporarily unable to work at this time due to her psychiatric illness. Her anticipated return to work date is 6/30/01. If you have any questions, please contact us at 679-2553.

Sincerely,

Amy Lockhart, MOTR/L
Treatment Coordinator

Susanne Shrader, MD
Psychiatrist

7099 3400 0018 8504 6350