UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Patricia Ann Massey ) | |
| Plaintiff ) | Case No. 3:03-cv-00055-PCD |
| ) | |
| v. ) | Judge Peter C. Dorsey |
| Town of Windsor, et al ) | |
| Defendant ) | Notice of Manual Filing |
| ) | |
| ) | October 20, 2004 |

Please take notice that Plaintiff Patricia Ann Massey has manually filed the following document:

Plaintiff's Rule 56(b) Exhibits

This document has not been filed electronically because

[   ]   the document or thing cannot be converted to an electronic format
[ X ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/_____
Cynthia R. Jennings
THE Barrister Law Group, LLC
211 State Street
Bridgeport, CT 06604
Phone: (203) 344-4800
Fax: (203) 333-7178
E-mail: cynthia.jennings@sbcglobal.net
federal bar number ct21797