## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PATRICIA ANN MASSEY                          :

      v.                                       :        Civil No: 3:03cv55PCD

TOWN OF WINDSOR                             :
KATHLEEN QUIN

## <u>JUDGMENT</u>

     This action came on for consideration before the Honorable Peter C. Dorsey, United States District Judge as a result of the defendants' motion for summary judgment.

     On July 26, 2005, a ruling entered granting defendants motion as to all of plaintiff's claims.

     Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment is entered for the defendants  and this case is closed.

     Dated at New Haven, Connecticut: August 3, 2005

                    KEVIN F. ROWE, Clerk


                    _____/s/_____
                    Betty J. Torday
                    Deputy Clerk


EOD_____